# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL COUNCIL FOR VETERINARY ASSESSMENT, | Case No. 2:24-CV-02866−JLS (BFMX) |
| *Plaintiff*, | **PRELIMINARY INJUNCTION ORDER** |
| v. | |
| ANIVIVE LIFESCIENCES INC., DAVID BRUYETTE, CODY ARBUCKLE, and DYLAN BALSZ, | |
| *Defendants*. | |

This Court, having **GRANTED** Plaintiff's Motion for a Preliminary Injunction, ORDERS as follows:

The Defendants Anivive Lifesciences Inc., David Bruyette, Cody Arbuckle, and Dylan Balsz, including any of their officers, employees, agents, servants, and attorneys, and all persons in active concert or participation with any of them (regardless of whether located in the U.S. or abroad), who receive actual notice of this Order (hereinafter collectively referred to as the "Restrained Persons"), are hereby restrained and enjoined from engaging in the following acts for the pendency of this matter:

1. Making, generating, reproducing, or duplicating any copies of Plaintiff International Council of Veterinary Assessment's copyright protected NAVLE Self-Assessment Form 2 or any other copyright protected work owned by Plaintiff;

2. Distributing, disseminating, publishing, or otherwise sending to any third party any content from or copies of the NAVLE Self-Assessment Form 2 or any other copyright protected work owned by Plaintiff;

3. Uploading, inputting, feeding, or otherwise providing to any artificial intelligence large language model ("LLM") any content copied or derived from Plaintiff's copyright protected NAVLE Self-Assessment Form 2 or any other copyright protected work owned by Plaintiff; and

4. Secreting, concealing, destroying, altering, transferring, or otherwise disposing of any computer files, data, business records, documents, or any other record pertaining or relating to any Restrained Person's: (a) access to and copying of any content from the NAVLE Self-Assessment Form 2 or any other copyright protected work owned by Plaintiff; (b) prior conduct of distributing, disseminating, or otherwise sending to any third party any content copied or derived from the NAVLE Self-Assessment Form 2 or any other copyright protected work owned by Plaintiff; and (c) prior conduct of uploading, inputting, feeding, or otherwise providing to any LLMs any content copied or derived from the NAVLE Self-

Assessment Form 2 or any other copyright protected work owned by Plaintiff.

**IT IS SO ORDERED.**

DATED: July 22, 2024

JOSEPHINE L. STATON

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE