UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| INTERNATIONAL COUNCIL FOR VETERINARY ASSESSMENT,<br><br>Plaintiff,<br>v.<br><br>ANIVIVE LIFESCIENCES INC., DAVID BRUYETTE, CODY ARBUCKLE, and DYLAN BALSZ,<br><br>Defendants. | Case No. 2:24-CV-02866-JLS (BFMX)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: October 25, 2024



_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE