# EXHIBIT A



**English**     Français

HOME     ACCOUNT CENTER     PURCHASE ASSESSMENTS     SAMPLE ASSESSMENT     REQUIREMENTS     HELP     LOGIN

**TERMS, CONDITIONS AND DISCLAIMERS**

**You must read this section before proceeding.**

Please read this agreement carefully before proceeding. By participating in the self-assessment you attest that you agree to be bound by the terms and conditions below.

The material presented in this self-assessment is provided by the International Council for Veterinary Assessment for educational purposes only. The questions presented on the assessments were derived from actual NAVLE items and individuals who intend to participate in the licensing examination may find this to be a valuable tool to determine their relative areas of strengths and weaknesses.

Under no circumstances shall the ICVA be liable for any damages or costs that may result in any way from your reliance or use of the information derived from your participation in the self-assessment.

The materials presented on the self-assessments are owned and copyrighted by the ICVA. Any unauthorized reproduction of these materials, by any means, including but not limited to, storage in a retrieval system, transmission, printing, memorization, or distribution is strictly prohibited.

ICVA reserves the right to change or modify these Terms, Conditions, and Disclaimers at any time, and you agree to give effect to such changes or modifications upon being posted on ICVA's website.

By participating in a self-assessment you acknowledge that you have read, understood and agreed to be bound by these Terms, Conditions and Disclaimers. If you do not wish to be bound by these Terms, Conditions and Disclaimers, you should not participate in the assessment.

# EXHIBIT B



CIRCULAR
**64**

Copyright Registration of
# Secure Tests and Test Items

This circular provides general information about registering a discrete secure test or a group of secure test items with the U.S. Copyright Office.[1]

For the purposes of copyright registration, a secure test is a nonmarketed test administered under supervision at specified centers where test takers are assembled on scheduled dates, and where all copies of the test are accounted for and either destroyed or returned to restricted locked storage or secure electronic storage following each administration.

**NOTE:** As discussed below, the Office has established an interim procedure allowing some tests to be considered a secure test even if they are administered online instead of in-person at specified centers.

The Office has established two special accommodations for registering the copyrightable authorship in a secure test: (1) a procedure for registering a discrete *secure test* and (2) a separate procedure for registering a *group of secure test items* (that is, test items prepared for use in a secure test). These procedures provide a means for registering a secure test or a group of secure test items while protecting the confidential nature of these works.

While the administration of any test involves some level of security, only a fraction of tests and test items are eligible for these procedures. The Office reserves discretion to determine whether any particular test or group of test items meets all of the eligibility requirements for these procedures. To register a work that does not satisfy these requirements, applicants must submit one complete, unredacted copy of the work under normal (that is, non-secure test) registration procedures.

**NOTE:** A claim involving a secure test or a group of secure test items will be reviewed in the order it is received and will not be given priority over other claims with an earlier filing date. If you would like expedited review of your application, you may request special handling. For more information, see *Special Handling* (**Circular 10**).



**United States Copyright Office**

## Key Characteristics of a Secure Test

A test is considered "nonmarketed" if the copies are not sold, but instead are distributed and used in such a manner that the test sponsor or publisher retains ownership and control of the copies. A test is administered "under supervision" when test proctors or the equivalent supervise the administration of the test. A "specified center" is a place where test takers are physically assembled at the same time.

Tests taken on a computer may satisfy the definition of a secure test, but only if the test takers are physically assembled at a test center on scheduled dates and the test is administered under supervision.

Examples of secure tests include high school equivalency tests; tests used for admission to an educational institution; tests used to grant advanced credit for undergraduate or graduate coursework; and tests used to determine eligibility for scholarships, entry into state or government-licensed trades or professions, and professional certifications.

**NOTE:** The Office has issued an interim rule allowing some tests that are administered online to qualify as a secure test. Specifically, a test that was normally administered at specified centers prior to May 8, 2020, that is now being administered online may be eligible for secure test examination, provided the test administrator employs measures to maintain the security and integrity of the test that it reasonably determines to be substantially equivalent to the security and integrity provided by in-person proctors. For more information, see the **Secure Tests Rulemaking** webpage.

## Registration of a Secure Test Compared To Group Registration of Secure Test Items

A secure test consists of a specific set of questions, answers, and other material that has been selected and arranged in a particular manner. Often these items are stored in—or pulled from—a database or test bank. If the specific set of test items is administered under supervision at specified centers on scheduled dates, the set may be registered as a discrete secure test.

While a database or test bank does not qualify as a "secure test," the Office has created a group registration option allowing registration of individual test items as separate copyright-protected works if certain requirements have been met. For purposes of registration, a "test item" comprises a question (or "stem"), the correct answer to that question, any incorrect answer choices (or "distractors"), and any associated material, such as a narrative passage or diagram. A narrative, diagram, or other prefatory material, followed by multiple sets of related questions and correct and incorrect answers are considered a single test item.

Test items may be stored in a database or test bank, but in all cases, they must be prepared for use in a specified secure test. Specifically, the items may be prepared for use in the same secure test or multiple versions of the same test.

To compare the options for registering a secure test and a group of secure test items, please see the table at the end of this circular.

## The Scope of a Registration for a Secure Test or a Group of Secure Test Items

A registration for a discrete secure test generally covers the authorship involved in creating the test as a whole. In other words, it may cover the authorship involved in selecting, coordinating, and/or arranging the individual questions, answers, and other test items that make up the test, if the selection, coordination, and/or arrangement of those items is sufficiently creative.

A registration for a secure test may also cover the individual items within the test, but only if the copyright claimant owns all of the exclusive rights in those items as of the date the claim is received and if they have not been previously published or previously registered.

A group registration of secure test items covers each individual item in the group, but only if the item is determined to be copyrightable in itself. Claims in the selection, coordination, and/or arrangement of the group as a whole are not permitted, because a group registration is merely an administrative classification created solely for the purpose of registering multiple secure test items as separate copyright-protected works with one application and filing fee.

## Overview of the Registration Process

There are two stages to the registration process for secure tests and groups of secure test items. To register a secure test or a group of secure test items, applicants must first submit an online application and filing fee and upload a brief questionnaire and a *redacted* copy of the work(s). An examiner will review the entire submission to confirm the work is a secure test or a group of secure test items prepared for use in a secure test and to identify the type of materials you should present to the Office. If the work(s) appear to be eligible for examination, the examiner will contact you to schedule an appointment to present an *unredacted* copy of the actual test or the actual test items (and the other materials discussed below) to the Office.

## Online Application and Preliminary Examination

To begin the registration process for a secure test or a group of secure test items, you need to submit a Standard Application, questionnaire, filing fee, and redacted deposit through the Office's **electronic registration system**.

*The Application*
When completing the application for a secure test, you should include the term "SECURE TEST" in the "Title" field. When completing an application for a group of secure test items, you should provide a title for the group in the "Title of this work" field. The title should include the term "GRSTQ" followed by the name of the secure test that contains or is expected to contain those items. (Upon request, the examiner will remove the terms "SECURE TEST" or "GRSTQ" from the title field before the claim is approved.)

> *Examples:*
>
> Application to register a secure test: "SECURE TEST: February 2017 LSAT," "SECURE TEST: FINRA Series 7 Exam for the 3rd quarter of 2017," or "SECURE TEST: GRE August 2017."
>
> Application to register a group of secure test items: "GRSTQ: Test items for February 2017 LSAT," "GRSTQ: Test items added to the FINRA Series 7 Exam item bank in the 3rd quarter of 2017," or "GRSTQ: SAT reading comprehension test items."

When examining a discrete secure test, the examiner will review the test as a whole to determine whether the work is eligible for the secure test procedure and whether the test contains a sufficient amount of creative expression. When completing the online application you may assert a claim in

this type of authorship by stating "compilation of test items" in the "Author Created" field. If you also want to assert a claim in the individual test items, you may check the box marked "text" or you may state "test items" in the field marked "Other." If you want to register a revised version of a preexisting test, you may state "revised compilation of test items" in the "Author Created" and "New Material Included" fields.

When applying to register a group of secure test items using one application, filing fee, questionnaire, and deposit, keep in mind the following requirements:

- The test items must have been prepared for use in a specified secure test. A database or test bank does not qualify as a "secure test" in and of itself.

- The test items in the group must either be all published or all unpublished. The Copyright Office will not accept a claim containing both published and unpublished test items in the same group.

- If the test items are published, they must have been published within a three-calendar-month period as part of the same secure test or multiple versions of the same test. On the application, provide the earliest date of publication for the items in the group.

- The test items must have been created by the same author or coauthors.

- The copyright claimant must be the same for all of the test items.

Under this registration accommodation, each test item constitutes its own copyright-protected work. Currently, there is no limit to the number of test items that may be included in each group registration, as long as each work meets the relevant requirements for this procedure.

*The Questionnaire*

You must complete and upload a brief questionnaire about the work(s), which is available on the Office's **website**. The file name for the questionnaire should include the term "Questionnaire" and the case number assigned to the claim. The case number is a twelve digit number automatically generated by the electronic registration system; it appears near the top of each screen of the online application. When registering a group of secure test items, indicate the number of test items being registered on the questionnaire.

*The Deposit*

You also must upload a separate file containing a *redacted* copy of the secure test or the group of secure test items; the methods of redaction are described in more detail below. For a group of secure test items, number each test item appearing in the deposit. The file name for the redacted copy should include the title(s) you provide in response to question 1 in the questionnaire.

**NOTE:** Do not upload or mail an *unredacted* copy of the actual test or the actual test items to the Office.

### Only One Secure Test Per Application

You may only file *one* secure test with each application. In other words, you must file a separate application, pay a separate filing fee, and upload a separate questionnaire for each secure test you wish to register. A separate application, fee, and questionnaire are also required when registering multiple versions of the same test. An applicant may not use the secure test procedures to register multiple tests together as a unit of publication, or a group of updates or revisions to a database.

*Examples:*

- A test publisher submits a secure test containing three test booklets. The first booklet contains reading comprehension questions. The second contains math questions. The third contains essay questions. All three booklets are distributed to test takers at specified test centers on the same date. Each test taker receives the same booklets. The three booklets may be registered as one secure test using one application, because they are always administered to test takers as part of the same secure test.

- A nursing program submits five test booklets that are used to determine eligibility for a professional certification. Test takers complete a five-week training program. At the end of each week, test takers report to a specified test center where they are tested on what they learned that week. Each of the five test booklets correspond to one week of learning. The five test booklets are considered five separate tests. A separate application must be submitted for each booklet.

- A state medical board creates a test consisting of 100 multiple choice questions. To prevent test takers from copying each other, the board's employees create ten booklets each containing a different organization and arrangement of the same 100 test questions. If the board submits an application to register one booklet, the registration would cover the copyrightable authorship contained in the test questions and the specific selection and arrangement of those questions within that booklet (if it is sufficiently creative). The board may register a claim in the selection and arrangement of the questions for the nine other booklets by filing a separate application for each version; authorship in the questions themselves will be covered by the registration for the first booklet but will not be covered by the registrations for the nine other booklets.

## Examination of Unredacted Material

The Office has created a procedure that allows for the remote examination of secure tests and groups of secure test items through an online video conference, which is discussed below.

**NOTE:** Applicants may opt for an in-person examination instead of a video conference. However, this will cause delays in scheduling the appointment. In addition, the amount of time needed to conduct an in-person examination may be longer than a video conference, which will require a higher secure test examination fee.

### *Prior to the Appointment*

The examiner will contact the applicant to schedule a remote examination and select a mutually convenient date and time for the appointment. The applicant will be responsible for setting up an online video conference and sending the meeting information to the examiner. The Zoom platform is preferred, but other video conferencing platforms are acceptable if they can perform all of the functions described below.

The day before the appointment, you must log into the electronic registration system and upload a signed declaration confirming that the unredacted copy you will present during the video conference is identical to the redacted copy you previously submitted. The examiner will send you an email that explains how to do this. You may obtain a copy of this declaration from the Office's **website**. The declaration must contain a typed or handwritten signature, but it does not need to be notarized or witnessed.

### *During the Appointment*

On the day of the appointment, the applicant and the examiner will log into the video conferencing platform at the appropriate time. All participants must use an electronic device that has a camera and microphone so that the applicant and examiner may see and communicate with each other. The applicant must share his or her screen with the examiner and must present (1) an unredacted copy of the actual test that is administered to test takers or an unredacted copy of the actual test items included in the group registration and (2) a copy of the redacted version of the secure test or secure test items that was uploaded to the electronic registration system. The applicant must use software that allows the examiner to view the documents side by side and scroll through them while keeping the pages aligned, and the examiner must be able to navigate through the documents with his or her keypad or mouse.

### *After the Appointment*

To complete your registration, you must pay the nonrefundable secure test examining fee. This hourly fee will be calculated based on the amount of time that it takes to examine the secure test or the group of test items during the video conference. This fee is in addition to the filing fee you submitted with the online application.

After the video conference, the examiner will send you a secure test appointment receipt that will specify the total fee due and provide instructions for how to submit the payment. For current fees, see *Copyright Office Fees* (**Circular 4**) or call (202) 707-3000 or 1-877-476-0778 (toll-free).

After your payment is processed, the examiner will make the final determination about whether your secure test or group of secure test items are eligible for this special accommodation and whether the work(s) contain a sufficient amount of creative authorship. If all of the requirements for registration have been met, the Copyright Office will register your claim and mail a certificate of registration to the address provided in the application. The certificate will specify the date that the video conference occurred. The effective date of the registration will be based on the date that the Office received—in proper form—the application, the filing fee, and the redacted copy of the test that was uploaded to the electronic registration system.

The signed declaration, the redacted copy you uploaded to the electronic registration system, and the secure test appointment receipt will be retained in the Copyright Office's records and may be made available to the public.

The applicant will be responsible for maintaining a copy of the unredacted deposit in the event it is needed for litigation or other purposes. The metadata for the file that contains the unredacted deposit must include the date of the video conference and the case number that was assigned to the claim by the electronic registration system.

*Example Redaction for a Secure Test*

**UNREDACTED SAMPLE**





Question 1:  Bob has $90.00. He spent $14.00. How much does he have left?
A.  $88
B.  $76
C.  $57
D.  $73

Question 2:  Which of the boxes below contains a photo of the United States Capitol?

Page 3  |  Test Booklet

**REDACTED SAMPLE**









Question 1:
A.
B.
C.
D.

Question 2:

Page 3  |  Test Booklet

Question 1:
A.
B.
C.
D.

Question 2:

Page 3  |  Test Booklet

Cover is unredacted.

Page numbers and question numbers are unredacted. Redacted area with narrow vertical or diagonal strip of visible content.

***Example Redaction for a Secure Test Item***





Unredacted test item 1          Redacted test item *Method 1*          Redacted test item *Method 2*

Unredacted test item 1 was redacted using the following methods:

*Method 1:*

- All question information except the first four and last four characters (including spaces) are redacted.
- The letter assigned to each answer choice and the first character of each answer choice are exposed.

*Method 2:*

- The item is broken into three word groupings, with the two longest words redacted.
- If a grouping only has two words, one word is redacted.
- With similar length words, the earliest appearing word is redacted.
- Punctuation and spaces are not redacted.
- The letter assigned to each answer choice and the first character of each answer choice are exposed.





Unredacted test item 2          Redacted test item *Method 1*          Redacted test item *Method 2*

Unredacted test item 2 was redacted using the following methods (in addition to the methods used to redact Test item 1):

*Method 1:*

- All answer information except the first four and last four characters (including spaces) are redacted.

*Method 2:*

- The answers are broken into four word groupings, with the two longest word groupings redacted.

| | Secure Test | Group of Secure Test Items |
|---|---|---|
| *Definition* | A *secure test* is a nonmarketed test administered under supervision at specified centers where test takers are assembled on scheduled dates and where all copies of the test are accounted for and either destroyed or returned to restricted locked storage following each administration. | A test item comprises a question (or "stem"), the correct answer to that question, any incorrect answer choices (or "distractors"), and any associated material, such as a narrative passage or diagram, and each item shall be considered one work. A single narrative, diagram, or other prefatory material, followed by multiple sets of related questions and correct or incorrect answers, shall together be considered one item. |
| *Appropriate application* | • Submit a Standard Application through the electronic registration system.<br>• Select the option for "literary work."<br>• *Begin title with "SECURE TEST." | • Submit a Standard Application through the electronic registration system.<br>• Select the option for "literary work."<br>• *Begin title with "GRSTQ." |
| *What can be registered* | 1. Authorship in the text of the individual test items appearing within a secure test, *but only if* the claimant owned all the exclusive rights in those items when the application was submitted and if those items have not been previously published or registered with the Office.<br>2. Authorship in the selection, coordination, and/or arrangement of the specific items included within one version of a secure test (that is, one test containing a specific set of test items organized and arranged in a particular manner). | Authorship in the text of the individual test items that have been prepared for use in a secure test.<br><br>(Claims in the overall selection, coordination, and/or arrangement of the individual test items are not permitted.) |

|  | Secure Test | Group of Secure Test Items |
|---|---|---|
| *Number of works per application* | The claim may include one version of a discrete secure test *and* the individual test items included within that version if the requirements above have been met. | Currently there is no limit on the number of secure test items that may be included within each claim. |
| *Publication requirements* | The secure test may be published or unpublished. | The secure test items in the group must either be all published or all unpublished.<br><br>If published, all the test items must have been published within the same three-calendar-month period. |
| *Author requirements* | The secure test and the individual items included within the test may be created by different authors. | All secure test items in the group must be created by the same author or coauthors. The author may create the items as a work made for hire. |
| *Claimant requirements* | If you wish your registration to cover any of the individual test items included within the secure test, those items must be owned by the claimant as of the date the claim is received. | All secure test items must be owned by the same claimant. |
| *Deposit requirements* | Upload a redacted copy of the secure test.<br><br>Present a redacted and unredacted copy of the actual secure test during the examination. | Upload a redacted copy of each secure test item in the group.<br><br>Present a redacted and unredacted copy of the actual secure test items during the examination. |

**NOTE**

1. This circular is intended as an introduction to the U.S. Copyright Office's practices and procedures for registering secure tests and groups of secure test items. The authoritative source for U.S. copyright law is the Copyright Act, codified in Title 17 of the *United States Code*. Copyright Office regulations are codified in Title 37 of the *Code of Federal Regulations*. Copyright Office practices and procedures are summarized in the third edition of the *Compendium of U.S. Copyright Office Practices*, cited as the *Compendium*. The copyright law, regulations, and the *Compendium* are available on the Copyright Office website, **copyright.gov**.

Exhibit B
Page 11 of 12

## For Further Information

### By Internet

The copyright law, the *Compendium*, electronic registration, application forms, regulations, and related materials are available on the Copyright Office website at **www.copyright.gov**.

### By Email

To send an email inquiry, click the *Contact Us* link on the Copyright Office website.

### By Telephone

For general information, call the Copyright Public Information Office at (202) 707-3000 or 1-877-476-0778 (toll free). Staff members are on duty from 8:30 am to 5:00 pm, eastern time, Monday through Friday, except federal holidays. To request application forms or circulars by postal mail, call (202) 707-9100 or 1-877-476-0778 and leave a recorded message.

### By Regular Mail

Write to

    Library of Congress
    U.S. Copyright Office
    Outreach and Education Section
    101 Independence Avenue, SE #6304
    Washington, DC 20559-6304



# EXHIBIT C



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Name = International Council for Veterinary Assessment
Search Results: Displaying 1 through 25 of 25 entries.

◀ previous    next ▶

Resort results by: Date (descending) ▾                                          Set Search Limits

| # | Name (NALL) < | Full Title | Copyright Number | Date |
|---|---------------|------------|------------------|------|
| ☐ [ 1 ] | International Council for Veterinary Assessment | International Council for Veterinary Assessment Examen nord-americain d'accreditation en medecine veterinaire. | TX0009393513 | 2023 |
| ☐ [ 2 ] | International Council for Veterinary Assessment | International Council for Veterinary Assessment North American Veterinary Licensing Examination. | TX0009393510 | 2023 |
| ☐ [ 3 ] | International Council for Veterinary Assessment | International Council for Veterinary Assessment Examen nord-am cain d?acer tation en m cine v rinaire. | TX0009267452 | 2022 |
| ☐ [ 4 ] | International Council for Veterinary Assessment | International Council for Veterinary Assessment North American Veterinary Licensing Examination. | TX0009268484 | 2022 |
| ☐ [ 5 ] | International Council for Veterinary Assessment | International Council for Veterinary Assessment Examen nord-americain d'accreditation en medecine veterinaire. | TX0009111779 | 2021 |
| ☐ [ 6 ] | International Council for Veterinary Assessment | International Council for Veterinary Assessment Veterinary Educational Assessment Form 1. | TX0009100958 | 2021 |
| ☐ [ 7 ] | International Council for Veterinary Assessment | International Council for Veterinary Assessment Veterinary Educational Assessment Form 2. | TX0009100948 | 2021 |
| ☐ [ 8 ] | International Council for Veterinary Assessment | International Council for Veterinary Assessment Veterinary Educational Assessment Form 3. | TX0009100940 | 2021 |
| ☐ [ 9 ] | International Council for Veterinary Assessment | International Council for Veterinary Assessment Veterinary Educational Assessment Pretest. | TX0009103566 | 2021 |
| ☐ [ 10 ] | International Council for Veterinary Assessment | International Council for Veterinary Assessment Examen d'autoevaluation du NAVLE Form 1. | TX0008916397 | 2020 |
| ☐ [ 11 ] | International Council for Veterinary Assessment | International Council for Veterinary Assessment Examen d'autoevaluation du NAVLE Form 2. | TX0008916400 | 2020 |
| ☐ [ 12 ] | International Council for Veterinary Assessment | International Council for Veterinary Assessment NAVLE Self-Assessment Form 1. | TX0008913370 | 2020 |
| ☐ [ 13 ] | International Council for Veterinary Assessment | International Council for Veterinary Assessment NAVLE Self-Assessment Form 2. | TX0008913420 | 2020 |
| ☐ [ 14 ] | International Council for Veterinary Assessment | International Council for Veterinary Assessment NAVLE Self-Assessment Form 3. | TX0008913422 | 2020 |
| ☐ [ 15 ] | International Council for Veterinary Assessment | GRSTQ: National Board of Medical Examiners and International Council for Veterinary Assessment Examen nord-americain d accreditation en medicine veterinaire. | TX0008944469 | 2019 |
| ☐ [ 16 ] | International Council for Veterinary Assessment | National Board of Medical Examiners and International Council for Veterinary Assessment North American Veterinary Licensing Examination. | TX0008959518 | 2019 |
| ☐ [ 17 ] | International Council for Veterinary Assessment | SECURE TEST: International Council for Veterinary Assessment Species-Specific Companion Animal Examination Form 1. | TX0008943214 | 2019 |
| ☐ [ 18 ] | International Council for Veterinary Assessment | SECURE TEST: International Council for Veterinary Assessment Species-Specific Companion Animal Examination Form 2. | TX0008943213 | 2019 |

Exhibit C
Page 1 of 5

7/15/24, 10:37 AM                                    WebVoyage Titles

| | | | | |
|---|---|---|---|---|
| ☐ [ 19 ] | International Council for Veterinary Assessment | SECURE TEST: International Council for Veterinary Assessment Species-Specific Equine Examination Form 1. | TX0008943221 | 2019 |
| ☐ [ 20 ] | International Council for Veterinary Assessment | SECURE TEST: International Council for Veterinary Assessment Species-Specific Equine Examination Form 2. | TX0008943223 | 2019 |
| ☐ [ 21 ] | International Council for Veterinary Assessment | GRSTQ: International Council for Veterinary Assessment Veterinary Educational Assessment Pretest. | TX0008736758 | 2018 |
| ☐ [ 22 ] | International Council for Veterinary Assessment | National Board of Medical Examiners and International Council for Veterinary Assessment Examen nord-americain d?accreditation en medecine veterinaire. | TX0008748887 | 2018 |
| ☐ [ 23 ] | International Council for Veterinary Assessment | SECURE TEST: International Council for Veterinary Assessment Veterinary Educational Assessment Form 1. | TX0008737122 | 2018 |
| ☐ [ 24 ] | International Council for Veterinary Assessment | SECURE TEST: International Council for Veterinary Assessment Veterinary Educational Assessment Form 2. | TX0008737124 | 2018 |
| ☐ [ 25 ] | International Council for Veterinary Assessment | SECURE TEST: International Council for Veterinary Assessment Veterinary Educational Assessment Form 3. | TX0008737126 | 2018 |

**Resort results by:** Date (descending) ▾

[Set Search Limits]

[Clear Selected] [Retain Selected]

◀ previous     next ▶

| Save, Print and Email (**Help Page**) | |
|---|---|
| **Records** | Select Format: Full Record ▾  [Format for Print/Save] |
| ○ All on Page  ◉ Selected On Page  ○ Selected all Pages | Enter your email address: [            ] [Email] |

**Search for:** International Council for Vete   **Search by:** Name (Crichton Michael; Walt Disney Company) ▾   **Item type:** None ▾

100 records per page ▾     [Submit] [Reset]

Help  |  Search  |  History  |  **Titles**  |  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |
Library of Congress Home Page

Exhibit C
Page 2 of 5



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present) at DC4

Search Request: Left Anchored Name = National Board of Veterinary Medical Examiners

Search Results: Displaying 1 through 54 of 54 entries.

◀ previous    next ▶

Resort results by: Date (descending) ▾                                    Set Search Limits

| # | Name (NALL) < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [ 1 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners Examen nord-americain d'accreditation en medecine veterinaire. | TX0008306983 | 2016 |
| [ 2 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners North American Veterinary Licensing Examination. | TX0008306980 | 2016 |
| [ 3 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners Examen nord-americain d'accreditation en medecine veterinaire. | TX0008131071 | 2015 |
| [ 4 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners North American Veterinary Licensing Examination. | TX0008131070 | 2015 |
| [ 5 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners Veterinary Educational Assessment. | TX0008104211 | 2015 |
| [ 6 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners Examen nord-americain d'accreditation en medecine veterinaire. | TX0007977857 | 2014 |
| [ 7 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners North American Veterinary Licensing Examination. | TX0007977760 | 2014 |
| [ 8 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners Qualifying Examination. | TX0007924646 | 2014 |
| [ 9 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners Qualifying Examination. | TX0007803445 | 2014 |
| [ 10 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners Examen nord americain d'accreditation en medecine veterinaire. | TX0007803451 | 2013 |
| [ 11 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners North American Veterinary Licensing Examination. | TX0007803446 | 2013 |
| [ 12 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners Qualifying Examination. | TX0007718396 | 2013 |
| [ 13 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners Qualifying Examination. | TX0007732421 | 2013 |
| [ 14 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners Qualifying Examination. | TX0007769275 | 2013 |
| [ 15 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners Examen nord-americain d'accreditation en medecine veterinaire. | TX0007636736 | 2012 |
| [ 16 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners North American Veterinary Licensing Examination. | TX0007636737 | 2012 |
| [ 17 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners Qualifying Examination. | TX0007508568 | 2012 |
| [ 18 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners Qualifying Examination. | TX0007557113 | 2012 |

Exhibit C
Page 3 of 5

| | | | | |
|---|---|---|---|---|
| [ 19 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners Examen nord-americain d'accreditation en medecine veterinaire. | TX0007464837 | 2011 |
| [ 20 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners North American Veterinary Licensing Examination. | TX0007462342 | 2011 |
| [ 21 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners Qualifying Examination. | TX0007462340 | 2011 |
| [ 22 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners Examen nord-americain d'accreditation des veterinaires (2010-2011) | TX0007357811 | 2010 |
| [ 23 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners North American Veterinary Licensing Examination. | TX0007357800 | 2010 |
| [ 24 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners Qualifying Examination. | TX0007357822 | 2010 |
| [ 25 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners Examen nord-american d accreditation des veterinaires. | TX0007318033 | 2009 |
| [ 26 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners North American Veterinary Licensing Examination. | TX0007309044 | 2009 |
| [ 27 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners Qualifying Examination (2009-2010) | TX0007177250 | 2009 |
| [ 28 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners: Examen nord-americain d accreditation des veterinaires. | TX0007325679 | 2008 |
| [ 29 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners: North American Veterinary Licensing Examination. | TX0007325684 | 2008 |
| [ 30 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners Qualifying Examination (Sept. 11, 2008; Jan. 15, 2009; May 14, 2009) | TX0007151999 | 2008 |
| [ 31 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners Examen nord-americain d'accreditation des veterinaires (2007-2008) | TX0006865122 | 2007 |
| [ 32 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners North American Veterinary Licensing Exam (2007-2008) | TX0006865125 | 2007 |
| [ 33 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners Qualifying Examination (2007-2008) | TX0006865119 | 2007 |
| [ 34 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners examen nord-americain d'accreditation des veterinaires : 2006/2007. | TX0006591631 | 2006 |
| [ 35 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners North American veterinary licensing exam : 2004/2005. | TX0006591630 | 2006 |
| [ 36 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners = Examen nord-americain d'accreditation des veterinaires (2005) | TXu001271670 | 2005 |
| [ 37 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners North American veterinary licensing examination (2005) | TXu001271671 | 2005 |
| [ 38 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners qualifying examination. | TXu001256034 | 2005 |
| [ 39 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners : qualifying examination (for administration May 5, 2005) | TXu001256039 | 2005 |
| [ 40 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners qualifying examination (for administration September 15, 2005) | TXu001271666 | 2005 |
| [ 41 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners : the qualifying examination (2004) | TXu001256038 | 2005 |
| [ 42 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners examen nord-americain d'accreditation des veterinaires, 2004-2005. | TXu001211328 | 2004 |
| [ 43 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners : examen nord-americain d'accreditation des veterinaires : for administration beginning November 17, 2003. | TXu001157743 | 2004 |
| [ 44 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners : examen nord-americain d'accreditation des veterinaires : for administration beginning November 18, 2002. | TXu001157744 | 2004 |
| [ 45 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners : North American veterinary licensing exam : for administration beginning November 17, 2003. | TXu001157745 | 2004 |
| [ 46 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners : North American veterinary licensing exam : for administration beginning November 18, 2002. | TXu001157746 | 2004 |
| [ 47 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners North American veterinary licensing examination. | TXu001211355 | 2004 |
| [ 48 ] | National Board of Veterinary Medical Examiners | National Board of Veterinary Medical Examiners qualifying examination : for administration August 15, 2002. | TXu001111537 | 2003 |

Exhibit C
Page 4 of 5

| | National Board of Veterinary Medical Examiners | [National Board of Veterinary Medical Examiners--the qualifying examination : forms 1 & 2.](#) | TXu001147444 | 2003 |
|---|---|---|---|---|
| ☐ [ 49 ] | | | | |
| ☐ [ 50 ] | National Board of Veterinary Medical Examiners | [Qualifying examination field test : bks. 1 & 2.](#) | TXu001111538 | 2003 |
| ☐ [ 51 ] | National Board of Veterinary Medical Examiners | [North American veterinary licensing examination : family A, forms 1-4 & family B, forms 1-4.](#) | TXu001058755 | 2002 |
| ☐ [ 52 ] | National Board of Veterinary Medical Examiners | [North American veterinary licensing examination : form 1-2.](#) | TXu001058754 | 2002 |
| ☐ [ 53 ] | National Board of Veterinary Medical Examiners | [North American veterinary licensing examination : form 4 and 5.](#) | TXu001071889 | 2002 |
| ☐ [ 54 ] | National Board of Veterinary Medical Examiners | [North American veterinary licensing examination : forms 1-8.](#) | TXu001058741 | 2002 |

**Resort results by:** Date (descending) ▾

Set Search Limits

Clear Selected    Retain Selected

◀ **previous**    **next** ▶

| **Save, Print and Email ([Help Page](#))** | | |
|---|---|---|
| **Records** | Select Format: Full Record ▾ | Format for Print/Save |
| ○ All on Page<br>◉ Selected On Page<br>○ Selected all Pages | Enter your email address: | Email |

**Search for:** National Board of Veterinary    **Search by:** Name (Crichton Michael; Walt Disney Company) ▾    **Item type:** None ▾

100 records per page ▾    Submit    Reset

[Help](#)  |  [Search](#)  |  [History](#)  |  [Titles](#)  |  [Start Over](#)

[Contact Us](#)  |  [Request Copies](#)  |  [Get a Search Estimate](#)  |  [Frequently Asked Questions (FAQs) about Copyright](#)  |  [Copyright Office Home Page](#)  |
[Library of Congress Home Page](#)

# EXHIBIT D

**Registration #:**  TX0008913420
**Service Request #:**  1-9837002123



National Board of Medical Examiners
Susan A. Deitch
3750 Market Street
Philadelphia, PA 19104 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 8-913-420

**Effective Date of Registration:**
November 13, 2020
**Registration Decision Date:**
November 27, 2020

## Title
—————————————————————————

**Title of Work:**    International Council for Veterinary Assessment NAVLE Self-Assessment Form 2

## Completion/Publication
—————————————————————————

**Year of Completion:**    2020
**Date of 1st Publication:**    October 15, 2020
**Nation of 1st Publication:**    United States

## Author
—————————————————————————

- **Author:**    International Council for Veterinary Assessment
**Author Created:**    New compilation of previously published text and artwork in test questions.
**Work made for hire:**    Yes
**Citizen of:**    United States
**Domiciled in:**    United States

## Copyright Claimant
—————————————————————————

**Copyright Claimant:**    International Council for Veterinary Assessment
Post Office Box 1356, Bismarck, ND, 58502, United States

## Limitation of copyright claim
—————————————————————————

**Material excluded from this claim:**    Previously published text and artwork in test questions.

**New material included in claim:**    New compilation of previously published text and artwork in test questions.

## Rights and Permissions
—————————————————————————

**Organization Name:**    International Council for Veterinary Assessment
**Address:**    619 Riverwood Drive
Bismarck, ND 58502 United States

Page 1 of 2

## Certification

**Name:** Susan A. Deitch
**Date:** November 13, 2020

| | |
|---|---|
| **From:** | Library of Congress Catalog |
| **To:** | Hansen, Connor |
| **Subject:** | Copyright catalog Left Anchored Copyright Number Search for TXu001058741 |
| **Date:** | Thursday, October 10, 2024 4:18:55 PM |

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Type of Work: Text

Registration Number / Date:
TXu001058741 / 2002-09-25

Title: North American veterinary licensing examination : forms
1-8.

Description: 8 v.

Notes: Secure test.

Copyright Claimant:
National Board of Veterinary Medical Examiners, formerly,
National Board Examination Committee for Veterinary
Medicine

Date of Creation: 2001

Previous Registration:
Preexisting material: some test questions.

Basis of Claim: New Matter: additional text, revisions, editing &
compilation.

Variant title: North American veterinary licensing examination : forms
1-8.

Names: National Board of Veterinary Medical Examiners
National Board Examination Committee for Veterinary
Medicine

================================================================================

++++++++++++++++++++++++++++++++++++++++
The Library of Congress
United States Copyright Office
101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000

| From: | Library of Congress Catalog |
|---|---|
| To: | Hansen, Connor |
| Subject: | Copyright catalog Left Anchored Copyright Number Search for TXu001058755 |
| Date: | Tuesday, October 8, 2024 11:51:22 AM |

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Type of Work: Text

Registration Number / Date:
TXu001058755 / 2002-09-25

Title: North American veterinary licensing examination : family A,
forms 1-4 & family B, forms 1-4.

Description: 8 v.

Notes: Secure test.

Copyright Claimant:
National Board of Veterinary Medical Examiners

Date of Creation: 2002

Previous Registration:
Preexisting material: some test questions.

Basis of Claim: New Matter: additions, editing, revisions & compilation.

Variant title: North American veterinary licensing examination : family A,
forms 1-4 & family B, forms 1-4

Names: National Board of Veterinary Medical Examiners

================================================================================

+++++++++++++++++++++++++++++++++++++++++
The Library of Congress
United States Copyright Office
101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000

| | |
|---|---|
| **From:** | Library of Congress Catalog |
| **To:** | Hansen, Connor |
| **Subject:** | Copyright catalog Left Anchored Copyright Number Search for TXu001157745 |
| **Date:** | Tuesday, October 8, 2024 11:48:47 AM |

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Type of Work: Text

Registration Number / Date:
TXu001157745 / 2004-03-18

Title: National Board of Veterinary Medical Examiners : North
American veterinary licensing exam : for administration
beginning November 17, 2003.

Description: 1 v.

Notes: Secured test.

Copyright Claimant:
National Board of Veterinary Medical Examiners

Date of Creation: 2003

Basis of Claim: New Matter: additions, compilation, editorial selection &
revisions.

Variant title: National Board of Veterinary Medical Examiners : North
American veterinary licensing exam

Names: National Board of Veterinary Medical Examiners

=================================================================================

++++++++++++++++++++++++++++++++++++++++++
The Library of Congress
United States Copyright Office
101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000

| From: | Library of Congress Catalog |
|---|---|
| To: | Hansen, Connor |
| Subject: | Copyright catalog Left Anchored Copyright Number Search for TXu001211355 |
| Date: | Tuesday, October 8, 2024 11:50:16 AM |

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Type of Work: Text

Registration Number / Date:
TXu001211355 / 2004-12-16

Title: National Board of Veterinary Medical Examiners North American veterinary licensing examination.

Notes: Secured test.

Copyright Claimant:
National Board of Veterinary Medical Examiners

Date of Creation: 2004

Basis of Claim: New Matter: additions, compilation, selection & revisions.

Names: National Board of Veterinary Medical Examiners

================================================================================

++++++++++++++++++++++++++++++++++++++++
The Library of Congress
United States Copyright Office
101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000

| | |
|---|---|
| **From:** | Library of Congress Catalog |
| **To:** | Keyes, Mike |
| **Subject:** | Copyright catalog Left Anchored Copyright Number Search for txu001271671 |
| **Date:** | Friday, July 12, 2024 8:30:36 AM |

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Type of Work: Text

Registration Number / Date:
TXu001271671 / 2005-12-13

Title: National Board of Veterinary Medical Examiners North American veterinary licensing examination (2005)

Notes: Secure material.

Copyright Claimant:
National Board of Veterinary Medical Examiners

Date of Creation: 2005

Previous Registration:
Prev. used test items from test item pool.

Basis of Claim: New Matter: newly authored test items, compilation & revisions.

Copyright Note: Cataloged from appl. only.

Names: National Board of Veterinary Medical Examiners

================================================================================

++++++++++++++++++++++++++++++++++++++++
The Library of Congress
United States Copyright Office
101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000

**From:** Library of Congress Catalog
**To:** Hansen, Connor
**Subject:** Copyright catalog Left Anchored Copyright Number Search for tx0006591630
**Date:** Monday, July 15, 2024 2:09:28 PM

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Type of Work: Text

Registration Number / Date:
TX0006591630 / 2007-06-27

Title: National Board of Veterinary Medical Examiners North American veterinary licensing exam : 2004/2005.

Copyright Claimant:
National Board of Veterinary Medical Examiners

Date of Creation: 2006

Date of Publication:
2006-11-13

Basis of Claim: New Matter: new test items, compilation, editorial selection, revision.

Copyright Note: Cataloged from appl. only.

Names: National Board of Veterinary Medical Examiners

================================================================================

++++++++++++++++++++++++++++++++++++++++
The Library of Congress
United States Copyright Office
101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000

| | |
|---|---|
| **From:** | Library of Congress Catalog |
| **To:** | Hansen, Connor |
| **Subject:** | Copyright catalog Left Anchored Copyright Number Search for TX0006865125 |
| **Date:** | Tuesday, October 8, 2024 11:52:09 AM |

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Type of Work: Text

Registration Number / Date:
TX0006865125 / 2008-01-15

Application Title: National Board of Veterinary Medical Examiners North
American Veterinary Licensing Exam (2007-2008)

Title: National Board of Veterinary Medical Examiners North
American Veterinary Licensing Exam (2007-2008)

Description: Print material (record pages if present)

Copyright Claimant:
National Board of Veterinary Medical Examiners.

Date of Creation: 2007

Date of Publication:
2007-11-12

Nation of First Publication:
United States

Authorship on Application:
National Board of Veterinary Medical Examiners, employer
for hire; Citizenship: United States. Authorship: Entire
Text.

Pre-existing Material:
Previously used test items from test item pool.

Basis of Claim: Newly authored test items and compilation, editorial
selectivity, and revision of preexisting material.

Names: National Board of Veterinary Medical Examiners

===================================================================================


++++++++++++++++++++++++++++++++++++++++
The Library of Congress
United States Copyright Office
101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000

| | |
|---|---|
| **From:** | Library of Congress Catalog |
| **To:** | Keyes, Mike |
| **Subject:** | Copyright catalog Left Anchored Copyright Number Search for tx0007325684 |
| **Date:** | Friday, July 12, 2024 8:39:41 AM |

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Type of Work: Text

Registration Number / Date:
TX0007325684 / 2009-02-03

Application Title: National Board of Veterinary Medical Examiners: North
American Veterinary Licensing Examination.

Title: National Board of Veterinary Medical Examiners: North
American Veterinary Licensing Examination.

Description: Print material.

Copyright Claimant:
National Board of Veterinary Medical Examiners.

Date of Creation: 2008

Date of Publication:
2008-11-17

Nation of First Publication:
United States

Authorship on Application:
National Board of Veterinary Medical Examiners, employer
for hire; Domicile: North Dakota; Citizenship: United
States. Authorship: Newly authored test items and
compilation, editorial selectivity, and revision of
preexisting material.

Pre-existing Material:
Previously used test items from test item pool.

Basis of Claim: Newly authored test items and compilation, editorial
selectivity, and revision of preexisting material.

Names: National Board of Veterinary Medical Examiners

==================================================================

++++++++++++++++++++++++++++++++++++++++
The Library of Congress
United States Copyright Office
101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000

| | |
|---|---|
| **From:** | Library of Congress Catalog |
| **To:** | Hansen, Connor |
| **Subject:** | Copyright catalog Left Anchored Copyright Number Search for TX0007357800 |
| **Date:** | Tuesday, October 8, 2024 11:55:31 AM |

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Type of Work: Text

Registration Number / Date:
TX0007357800 / 2010-12-08

Application Title: National Board of Veterinary Medical Examiners North American Veterinary Licensing Examination.

Title: National Board of Veterinary Medical Examiners North American Veterinary Licensing Examination.

Description: Print material.

Copyright Claimant:
National Board of Veterinary Medical Examiners.

Date of Creation: 2010

Date of Publication:
2010-11-15

Nation of First Publication:
United States

Authorship on Application:
National Board of Veterinary Medical Examiners, employer for hire; Domicile: North Dakota; Citizenship: United States. Authorship: Newly authored test items and compilation, editorial selectivity, and revision of preexisting material.

Pre-existing Material:
Previously used test items from test item pool.

Basis of Claim: Newly authored test items and compilation, editorial selectivity, and revision of preexisting material.

Names: National Board of Veterinary Medical Examiners

================================================================================

++++++++++++++++++++++++++++++++++++++++
The Library of Congress
United States Copyright Office
101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000

| | |
|---|---|
| **From:** | Library of Congress Catalog |
| **To:** | Keyes, Mike |
| **Subject:** | Copyright catalog Left Anchored Copyright Number Search for tx0007462342 |
| **Date:** | Friday, July 12, 2024 8:30:44 AM |

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Type of Work: Text

Registration Number / Date:
TX0007462342 / 2011-12-07

Application Title: National Board of Veterinary Medical Examiners North American Veterinary Licensing Examination.

Title: National Board of Veterinary Medical Examiners North American Veterinary Licensing Examination.

Description: Print material.

Copyright Claimant:
National Board of Veterinary Medical Examiners.

Date of Creation: 2011

Date of Publication:
2011-11-14

Nation of First Publication:
United States

Authorship on Application:
National Board of Veterinary Medical Examiners, employer for hire; Domicile: United States; Citizenship: United States. Authorship: Newly authored test items and compilation, editorial selectivity, and revision of preexisting material.

Rights and Permissions:
National Board of Veterinary Medical Examiners, 200 East Main Ave., Suite 202, Bismarck, ND, 58501, United States

Names: National Board of Veterinary Medical Examiners

================================================================================

++++++++++++++++++++++++++++++++++++++++++
The Library of Congress
United States Copyright Office
101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000

| From: | Library of Congress Catalog |
|---|---|
| To: | Hansen, Connor |
| Subject: | Copyright catalog Left Anchored Copyright Number Search for TX0007636737 |
| Date: | Thursday, October 10, 2024 4:18:39 PM |

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Type of Work: Text

Registration Number / Date:
TX0007636737 / 2012-12-04

Application Title: National Board of Veterinary Medical Examiners North
American Veterinary Licensing Examination.

Title: National Board of Veterinary Medical Examiners North
American Veterinary Licensing Examination.

Description: Print material.

Copyright Claimant:
National Board of Veterinary Medical Examiners.

Date of Creation: 2012

Date of Publication:
2012-11-12

Nation of First Publication:
United States

Authorship on Application:
National Board of Veterinary Medical Examiners, employer
for hire; Domicile: United States; Citizenship: United
States. Authorship: Newly authored test material,
compilation, editorial selectivity, and revision of
preexisting material.

Pre-existing Material:
Previously published test material.

Basis of Claim: Newly authored test material, compilation, editorial
selectivity, and revision of preexisting materi.

Rights and Permissions:
National Board of Veterinary Medical Examiners, 200 East
Main Ave., Suite 202, Bismarck, ND, 58501, United States

Copyright Note: C.O. correspondence.

Names: National Board of Veterinary Medical Examiners

================================================================================

++++++++++++++++++++++++++++++++++++++++
The Library of Congress

United States Copyright Office
101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000

| From: | Library of Congress Catalog |
|---|---|
| To: | Keyes, Mike |
| Subject: | Copyright catalog Left Anchored Copyright Number Search for tx0007803446 |
| Date: | Friday, July 12, 2024 8:31:11 AM |

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Type of Work: Text

Registration Number / Date:
TX0007803446 / 2014-02-04

Application Title: National Board of Veterinary Medical Examiners North American Veterinary Licensing Examination.

Title: National Board of Veterinary Medical Examiners North American Veterinary Licensing Examination.

Description: Print material, 3 p.

Copyright Claimant:
National Board of Veterinary Medical Examiners.

Date of Creation: 2013

Date of Publication:
2013-11-18

Nation of First Publication:
United States

Authorship on Application:
National Board of Veterinary Medical Examiners, employer for hire; Domicile: United States; Citizenship: United States. Authorship: Newly authored test material and compilation, editorial selectivity, and revision of preexisting mat.

Pre-existing Material:
Previously published test material.

Basis of Claim: Newly authored test material and compilation, editorial selectivity, and revision of preexisting mat.

Rights and Permissions:
National Board of Veterinary Medical Examiners, 200 East Main Avenue, Suite 200, Bismarck, ND, 58504, United States

Names: National Board of Veterinary Medical Examiners

================================================================================


++++++++++++++++++++++++++++++++++++++++
The Library of Congress
United States Copyright Office

101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000

| | |
|---|---|
| **From:** | Library of Congress Catalog |
| **To:** | Hansen, Connor |
| **Subject:** | Copyright catalog Left Anchored Copyright Number Search for TX0007977760 |
| **Date:** | Tuesday, October 8, 2024 2:21:02 PM |

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Type of Work: Text

Registration Number / Date:
TX0007977760 / 2015-01-07

Application Title: National Board of Veterinary Medical Examiners North
American Veterinary Licensing Examination.

Title: National Board of Veterinary Medical Examiners North
American Veterinary Licensing Examination.

Description: Print material.

Copyright Claimant:
National Board of Veterinary Medical Examiners.
National Board of Medical Examiners.

Date of Creation: 2014

Date of Publication:
2014-11-17

Nation of First Publication:
United States

Authorship on Application:
National Board of Veterinary Medical Examiners, employer
for hire; Domicile: United States; Citizenship: United
States. Authorship: Co-author of newly authored test
material, compilation, editorial selectivity, and
revision of preexisting material.
National Board of Medical Examiners, employer for hire;
Domicile: United States; Citizenship: United States.
Authorship: Co-author of newly authored test material,
compilation, editorial selectivity, and revision of
preexisting material.

Pre-existing Material:
Previously published test material.

Basis of Claim: Newly authored test material, compilation, editorial
selectivity, and revision of preexisting material.

Rights and Permissions:
National Board of Medical Examiners, 3750 Market Street,
Philadelphia, PA, 19104, United States

Names: National Board of Veterinary Medical Examiners
National Board of Medical Examiners

========================================================================

+++++++++++++++++++++++++++++++++++++++++++
The Library of Congress
United States Copyright Office
101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000

| | |
|---|---|
| **From:** | Library of Congress Catalog |
| **To:** | Hansen, Connor |
| **Subject:** | Copyright catalog Left Anchored Copyright Number Search for TX0008131070 |
| **Date:** | Tuesday, October 8, 2024 2:21:58 PM |

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Type of Work: Text

Registration Number / Date:
TX0008131070 / 2015-12-22

Application Title: National Board of Veterinary Medical Examiners North American Veterinary Licensing Examination.

Title: National Board of Veterinary Medical Examiners North American Veterinary Licensing Examination.

Description: Print material.

Copyright Claimant:
National Board of Veterinary Medical Examiners.
National Board of Medical Examiners.

Date of Creation: 2015

Date of Publication:
2015-11-16

Nation of First Publication:
United States

Authorship on Application:
National Board of Veterinary Medical Examiners, employer for hire; Domicile: United States; Citizenship: United States. Authorship: Co-author of newly authored test material and compilation of preexisting test material.
National Board of Medical Examiners, employer for hire; Domicile: United States; Citizenship: United States. Authorship: Co-author of newly authored test material and compilation of preexisting test material.

Pre-existing Material:
Previously published test material.

Basis of Claim: Newly authored test material and compilation of preexisting test material.

Rights and Permissions:
National Board of Medical Examiners, 3750 Market Street, Philadelphia, PA, 19104, United States

Names: National Board of Veterinary Medical Examiners
National Board of Medical Examiners

================================================================================

+++++++++++++++++++++++++++++++++++++++++
The Library of Congress
United States Copyright Office
101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000

**From:**     Library of Congress Catalog
**To:**       Hansen, Connor
**Subject:**  Copyright catalog Left Anchored Copyright Number Search for TX0008306980
**Date:**     Tuesday, October 8, 2024 2:22:43 PM

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Type of Work: Text

Registration Number / Date:
TX0008306980 / 2016-12-20

Application Title: National Board of Veterinary Medical Examiners North
American Veterinary Licensing Examination.

Title: National Board of Veterinary Medical Examiners North
American Veterinary Licensing Examination.

Description: Print material.

Copyright Claimant:
National Board of Veterinary Medical Examiners.
National Board of Medical Examiners.

Date of Creation: 2016

Date of Publication:
2016-11-14

Nation of First Publication:
United States

Authorship on Application:
National Board of Veterinary Medical Examiners, employer
for hire; Domicile: United States; Citizenship: United
States. Authorship: Newly authored test material and
compilation of preexisting test material.
National Board of Medical Examiners, employer for hire;
Domicile: United States; Citizenship: United States.
Authorship: Newly authored test material and
compilation of preexisting test material.

Pre-existing Material:
Previously published test material.

Basis of Claim: Newly authored test material and compilation of preexisting
test material.

Rights and Permissions:
National Board of Veterinary Medical Examiners, 619
Riverwood Drive, Suite 104, Bismarck, ND, 58504, United
States

Copyright Note: Basis for Registration: Collective work

Names: National Board of Veterinary Medical Examiners
National Board of Medical Examiners

================================================================================

+++++++++++++++++++++++++++++++++++++++++++
The Library of Congress
United States Copyright Office
101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000

| From: | Library of Congress Catalog |
|-------|------------------------------|
| To: | Hansen, Connor |
| Subject: | Copyright catalog Left Anchored Copyright Number Search for TX0008670390 |
| Date: | Tuesday, October 8, 2024 2:25:05 PM |

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Type of Work: Text

Registration Number / Date:
TX0008670390 / 2018-02-09

Application Title: International Council for Veterinary Assessment North
American Veterinary Licensing Examination.

Title: International Council for Veterinary Assessment North
American Veterinary Licensing Examination.

Description: Electronic file (eService)

Copyright Claimant:
ICVA International Council for Veterinary Assessment.
National Board of Medical Examiners.

Date of Creation: 2017

Date of Publication:
2017-11-13

Nation of First Publication:
United States

Authorship on Application:
ICVA International Council for Veterinary Assessment,
employer for hire; Domicile: United States; Citizenship:
United States. Authorship: Co-author of new text in test
questions.
National Board of Medical Examiners, employer for hire;
Domicile: United States; Citizenship: United States.
Authorship: Co-author of new text in test questions.

Pre-existing Material:
Previously published text in test questions; questions
596,878,894,903,905,963,1028,1029,1098,1155,1156,1160,11
61,1172,1183,1201,1211,1350,1443,1446,1447,1451,1459,146
2,1473,1478,1492,1584,1716,1717,1755,1920,2014,2020,2074
,2171,2213,2448,2513.

Basis of Claim: New text in test questions.

Rights and Permissions:
Susan A. Deitch, National Board of Medical Examiners, 3750
Market Street, Philadelphia, PA, 19104, United States,
(215) 590-9218, (215) 590-9500, sdeitch@nbme.org

Copyright Note: C.O. correspondence.
Basis for Registration: A group of published test items may
be registered in class TX under 202.4(k) if the

following requirements have been met: (1) All the items must be prepared for use in a secure test; (2) the applicant must provide a title for the group as a whole, and the name of the secure test must be identified in the title of the group; (3) the applicant must identify each item by numbering them in the deposit; (4) all the items must be published within the same three-month calendar period and the application must identify the earliest date that the items were published; (5) all the items must be created by the same author(s); and (6) the copyright claimant for each item must be the same person or organization.

Names: ICVA International Council for Veterinary Assessment
National Board of Medical Examiners

================================================================================

++++++++++++++++++++++++++++++++++++++++++
The Library of Congress
United States Copyright Office
101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000

| | |
|---|---|
| **From:** | Library of Congress Catalog |
| **To:** | Hansen, Connor |
| **Subject:** | Copyright catalog Left Anchored Copyright Number Search for TX0008748891 |
| **Date:** | Tuesday, October 8, 2024 2:26:26 PM |

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Type of Work: Text

Registration Number / Date:
TX0008748891 / 2018-11-26

Application Title: National Board of Medical Examiners and International
Council for Veterinary Assessment North American
Veterinary Licensing Examination.

Title: National Board of Medical Examiners and International
Council for Veterinary Assessment North American
Veterinary Licensing Examination.

Description: Electronic file (eService)

Copyright Claimant:
ICVA International Council for Veterinary Assessment.
National Board of Medical Examiners.

Date of Creation: 2018

Date of Publication:
2018-11-12

Nation of First Publication:
United States

Authorship on Application:
ICVA International Council for Veterinary Assessment,
employer for hire; Domicile: United States; Citizenship:
United States. Authorship: Co-author of new text,
artwork and photographs in test questions.
National Board of Medical Examiners, employer for hire;
Domicile: United States; Citizenship: United States.
Authorship: Co-author of new text, artwork, and
photographs in test questions.

Pre-existing Material:
Previously published text, artwork and photographs in test
questions, uncopyrightable test item nos. 4, 5, 6, 18,
24, 32, 35, 38, 39, 40, 41, 50, 51, 120, 145, 159, 182,
222, 301, 305, 306, 308, 309, 314, 316, 319, 320, 321,
322, 328, 330, 337, 372, 474, 476, 572, 576, 577, 579,
580, 582, 584, 586, 587, 588, 590, 591, 595, 596, 597,
598, 600, 604, 607, 609, 612, 616, 622, 623, 624, 625,
627, 628, 629, 632, 633, 645, 652, 678, 679, 680, 703,
712, 727, 731, 740, 743, 814, 872, 873, 874, 877, 878,
879, 884, 888, 889, 890, 893, 896, 897, 898, 899, 902,
903, 906, 908, 911, 912, 913, 914, 916, 917, 934, 945,
961, 963, 983, 1140, 1141, 1145, 1157, 1177, 1438, 1444,
1445, 1447, 1450, 1451, 1456, 1460, 1490, 1494, 1500,

1503, 1504, 1538, 1714, 1715, 1717, 1718, 1721, 1722,
1725, 1729, 1732, 1733, 1736, 1739, 1740, 1741, 1743,
1745, 1747, 1752, 1753, 1754, 1757, 1758, 1759, 1760,
1764, 1782, 1783, 1784, 1786, 1792, 1793, 1798, 1813,
1866, 1872, 1888, 2014, 2015, 2017, 2018, 2022, 2025,
2028, 2030, 2032, 2035, 2041, 2045, 2046, 2047, 2048,
2054, 2055, 2061, 2072, 2075, 2085, 2087, 2100, 2117,
2118, 2126, 2171, 2172, 2184, 2294, 2403.

Basis of Claim: New text, artwork and photographs in test questions.

Rights and Permissions:
Susan A. Deitch, National Board of Medical Examiners, 3750
Market Street, Philadelphia, PA, 19104, United States,
(215) 590-9218, (215) 590-9500, sdeitch@nbme.org

Copyright Note: C.O. correspondence.
Regarding group registration: A group of published test
items may be registered in class TX under 37 CFR
202.4(k) if the following requirements have been met:
(1) All the items must be prepared for use in a secure
test; (2) the applicant must provide a title for the
group as a whole, and the name of the secure test must
be identified in the title of the group; (3) the
applicant must identify each item by numbering them in
the deposit; (4) all the items must be published within
the same three-month calendar period and the application
must identify the earliest date that the items were
published; (5) all the items must be created by the same
author(s); and (6) the copyright claimant for each item
must be the same person or organization.

Names: ICVA International Council for Veterinary Assessment
National Board of Medical Examiners

================================================================================

++++++++++++++++++++++++++++++++++++++++++
The Library of Congress
United States Copyright Office
101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000

| | |
|---|---|
| **From:** | Library of Congress Catalog |
| **To:** | Hansen, Connor |
| **Subject:** | Copyright catalog Left Anchored Copyright Number Search for TX0008959518 |
| **Date:** | Tuesday, October 8, 2024 2:27:35 PM |

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Type of Work: Text

Registration Number / Date:
TX0008959518 / 2020-01-21

Application Title: National Board of Medical Examiners and International
Council for Veterinary Assessment North American
Veterinary Licensing Examination.

Title: National Board of Medical Examiners and International
Council for Veterinary Assessment North American
Veterinary Licensing Examination.

Description: Electronic file (eService)

Copyright Claimant:
International Council for Veterinary Assessment.
National Board of Medical Examiners.

Date of Creation: 2019

Date of Publication:
2019-11-18

Nation of First Publication:
United States

Authorship on Application:
International Council for Veterinary Assessment, employer
for hire; Domicile: United States; Citizenship: United
States. Authorship: New text and photographs in test
questions.
National Board of Medical Examiners, employer for hire;
Domicile: United States; Citizenship: United States.
Authorship: New text and photographs in test questions.

Pre-existing Material:
Previously published text and photographs in test
questions. Questions 304,324,438,732,880,1133,1503,1695.

Basis of Claim: New text and photographs in test questions.

Rights and Permissions:
Susan A. Deitch, National Board of Medical Examiners, 3750
Market Street, Philadelphia, PA, 19104, United States,
(215) 590-9218, (215) 590-9500, sdeitch@nbme.org

Copyright Note: C.O. correspondence.
Basis for Registration: Group of secure test items examined
on 5/3/2021. A group of published test items may be
registered in class TX under 37 CFR 202.4(k) if the

following requirements have been met: (1) All the items must be prepared for use in a secure test; (2) the applicant must provide a title for the group as a whole, and the name of the secure test must be identified in the title of the group; (3) the applicant must identify each item by numbering them in the deposit; (4) all the items must be published within the same three-month calendar period and the application must identify the earliest date that the items were published; (5) all the items must be created by the same author(s); and (6) the copyright claimant for each item must be the same person or organization.

Names: International Council for Veterinary Assessment
National Board of Medical Examiners

================================================================================

++++++++++++++++++++++++++++++++++++++++++++
The Library of Congress
United States Copyright Office
101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000

# EXHIBIT E

# AI and Veterinary Medicine: Performance of Large Language Models on the North American Licensing Examination

Mirana Angel
*Institute for Geomics and Bioinformatics*
*University of California Irvine*
Irvine, USA
mcangel@uci.edu

Anuj Patel
*Department of Computer Science*
*University of California Irvine*
Irvine, USA
patelad2@uci.edu

Haiyi Xing
*Department of Computer Science*
*University of California Irvine*
Irvine, USA
haiyix2@uci.edu

Dylan Balsz
*Internal Medicine*
*Anivive Life Sciences*
Long Beach, USA
dylan@anivive.com

Cody Arbuckle
*Internal Medicine*
*Anivive Life Sciences*
Long Beach, USA
cody@anivive.com

David Bruyette
*Internal Medicine*
*Anivive Life Sciences*
Long Beach, USA
david@anivive.com

Pierre Baldi
*Department of Computer Science*
*University of California Irvine*
Irvine, USA
pfbaldi@uci.edu

*Abstract*—This study aimed to assess the performance of Large Language Models on the North American Veterinary Licensing Examination (NAVLE) and to analyze the impact of artificial intelligence in the domain of animal healthcare. For this study, a 200-question NAVLE self-assessment sourced from ICVA's website was used to evaluate the performance of three language models: GPT-3, GPT-4, and Bard. Questions involving images were omitted leaving a 164 text-only sample exam. Results were analyzed by comparing generated responses to the answer key, and scores were assigned to evaluate the models' veterinary medical reasoning capabilities. Our results showed that GPT-4 outperformed GPT-3 and Bard, passing the exam with 89 % of the text-only questions correctly. GPT-3 and Bard only achieved an accuracy of 63.4 % and 61 % respectively on the same set of questions. Language models hold promise for enhancing veterinary practices through expanded educational opportunities in the veterinary curriculum, improved diagnostic accuracy, treatment times, and efficiency. However, potential negatives include challenges in changing the current educational paradigm, reduced demand for professionals or paraprofessional concerns surrounding machine-generated decisions. Responsible and ethical integration of language models is crucial in veterinary medicine.

*Index Terms*—Artificial Intelligence, LLM, ChatGPT, Bard, Veterinary Medicine, Medical Education, Societal Impact

## I. INTRODUCTION

In recent years, the rapid growth of artificial intelligence (AI) has significantly influenced various industries, including healthcare. The development of increasingly powerful AI models, such as large language models (LLMs) has facilitated the automation of diverse tasks and the enhancement of decision-making processes. Consequently, the adoption of AI technology has emerged as a pivotal factor in gaining a competitive edge and boosting efficiency across industries [1]. Here we provide an initial assessment of the applicability of

LLMs in veterinary medicine by testing their ability to pass a standard veterinary education test.

The veterinary field encompasses a wide array of professions and specializations, all dedicated to the care and well-being of animals. Veterinarians, who are extensively trained to diagnose and treat various conditions in numerous species ranging from domesticated animals and livestock to wildlife, are a cornerstone of this field. As the veterinary field continues to evolve, new technologies and techniques are revolutionizing the diagnosis and treatment of animal health issues [2].

The advent of diverse AI technologies, such as state-of-the-art text, sound, image, and video data analysis algorithms, have significantly advanced veterinary medicine in areas such as disease diagnosis, treatment planning, and precision medicine [2, 3, 4]. However, current AI models are typically task-specific and lack the capability for independent medical reasoning [5]. This limitation has prompted researchers to explore the potential of large language models, which have demonstrated remarkable cognitive reasoning abilities, in addressing these shortcomings in all fields.

Among large language models, Generative Pre-trained Transformer (GPT) and Bard have emerged as frontrunners, exhibiting outstanding performance in various applications [6, 7, 8]. GPT-3 and GPT-4, as well as Bard, adopt the decoder-only architecture of the transformer model [9]. GPT-3 encompasses 175 billion parameters and showcases remarkable versatility across a range of tasks. In an advancement over GPT-3, GPT-4 boasts an unprecedented one trillion parameters, addressing many of the limitations previously associated with GPT-3. Both GPT iterations were pre-trained on extensive text corpora and subsequently fine-tuned for specialized tasks [6, 7].

Concurrently, Google's Bard initially employed the Lan-

2023 Tenth International Conference on Social Networks Analysis, Management and Security (SNAMS) | 979-8-3503-1890-6/23/$31.00 ©2023 IEEE | DOI: 10.1109/SNAMS60348.2023.10375414

Authorized licensed use limited to: University of Calgary. Downloaded on March 11,2024 at 18:55:08 UTC from IEEE Xplore. Restrictions apply.

guage Model for Dialogue Applications (LaMDA), with 137 billion parameters, primarily pre-trained on public dialog data and web text [8]. However, in a recent update on May 11, 2023, Google made a transition to the PaLM-2 model for Bard, elevating its parameter count to 540 billion. This enhancement is anticipated to imbue Bard with improved conversational comprehension and response accuracy, particularly bolstering its capabilities in medical reasoning [10].

Impressively, GPT-3 has successfully passed the United States Medical Licensing Examination (USMLE) [11]. The USMLE is a set of three standardized tests of expert-level knowledge, which are required for medical licensure (MD) in the United States. These authors found that ChatGPT performed at or near the passing threshold of 60% accuracy. Even more recently, we were able to demonstrate that GPT-4 was able to pass the specialized and challenging American Board of Anesthesiology (ABA) exam, as well as the North American Pharmacist Licensure Examination (NAPLEX) exam, which both establish a significant milestone in both the field of AI and medicine [12, 13].

In this study, we demonstrate the medical reasoning capabilities of these large language models by evaluating their performance on the North American Veterinary Licensing Examination (NAVLE), highlighting the potential for a transformative impact on veterinary medicine. The NAVLE, a standardized test administered by the International Council for Veterinary Assessment (ICVA), assesses the knowledge and skills of veterinary graduates seeking licensure to practice veterinary medicine in North America. Comprising 360 multiple-choice questions, the NAVLE covers topics such as animal health and welfare, diagnostic imaging, and pharmacology. Successful completion of the NAVLE is a prerequisite for licensure in the majority of North American states and provinces [14].

## II. MATERIAL AND METHODS

The NAVLE exam sample employed in this study was obtained from the ICVA's website. This sample, provided by the National Board of Veterinary Medical Examiners, consists of 200 multiple-choice questions accompanied by an answer key [15]. Out of the total 200 multiple-choice questions, 36 questions included an image that was necessary to solve the answer, and 4 questions contained data tables to aid in finding the correct answer.

Three language models were utilized for this experiment: GPT-3, GPT-4, and Bard. The multiple-choice questions from the sample assessment were input into GPT-3 and GPT-4 using the ChatGPT user interface, while Bard was accessed via Google's user interface [16,17]. Even though numerous studies have shown that careful prompting such as using the chain of thought where the prompt guides the models to reason step by step can significantly increase the performance [18,19], for our work, since we aim to evaluate the inherent medical knowledge and reasoning abilities of the LLMs, we avoided using any advanced prompting techniques. Therefore, all models used in our work were only primed with the following prompt: "You are a veterinary school graduate taking the North American

Veterinary Licensing Examination. For the following multiple-choice questions, indicate the correct choice."

In addition, it is worth noting that 36 questions in the sample assessment contained images that were integral to understanding the questions. However, since pure language models are incapable of directly interpreting images, we only considered the 164 text-only questions.

The responses generated by the language models were compared to the provided answer key. Each model was assigned a score out of 164 based on the number of correct responses. The results were then analyzed to evaluate the performance of the respective language models in the context of veterinary medical assessment.

## III. RESULTS

From the assessment results, GPT-3 and Bard answered 63.4% and 61% of the questions correctly, respectively. GPT-4, a more advanced language model, demonstrated superior performance, correctly answering 89% of the questions (Table 1).

TABLE I
TEST RESULTS OF DIFFERENT LARGE LANGUAGE MODELS ON THE SAMPLE ASSESSMENT

| Model | Raw Score | Percentage |
|-------|-----------|------------|
| Bard  | 100/164   | 61%        |
| GPT-3 | 104/164   | 63.4%      |
| GPT-4 | 146/164   | 89%        |

During the evaluation of LLMs using the sample NAVLE examination, Google's Bard ran into some difficulties responding to 4 out of the 164 questions. When entering these questions into Bard's interface, the only response it returned was "I am not programmed to assist with that". GPT-3 and GPT-4 were able to attempt all 164 questions.

## IV. DISCUSSION

Our evaluation of the LLMs, including GPT-3, GPT-4, and Bard, demonstrates their potential in answering veterinary-related questions. Although the NAVLE exam utilizes a scoring method that accounts raw score with a slight adjustment depending on the question difficulty, it is reasonable to assume that an accuracy of greater than 70% would lead to a passing score [14,20]. Based on our evaluations, only GPT-4 achieved an accuracy of 70% or higher in answering the sample NAVLE exam questions.

As language models continue to evolve, it is expected that their performance on exams like NAVLE will improve [12, 13], as evidenced by GPT-4's superior performance compared to Bard and GPT-3, and the latest model that Bard uses outperformed its predecessor. Currently, there is no major conceptual obstacle in extending LLMs to be able to deal with multi-modal data. In particular, deep learning methods capable of analyzing and interpreting biomedical images and videos have been developed [1, 4].

Authorized licensed use limited to: University of Calgary. Downloaded on March 11,2024 at 18:55:08 UTC from IEEE Xplore. Restrictions apply.

The success of language models like GPT-4 in passing the NAVLE exam presents both opportunities and challenges. First, it must be noticed that passing the NAVLE is only one of the steps required to obtain veterinary licensure in the United States. The steps include completion of the DVM degree (or equivalent education) and a passing score on the NAVLE (North American Veterinary Licensing Examination). In addition, some states have additional requirements such as additional clinical competency tests and/or state jurisprudence exams.

On one hand, the use of language models could enhance diagnostic accuracy and improve treatment times for animals, leading to increased efficiency and economy of scales in veterinary practices. By harnessing the knowledge and expertise of these models trained on large amounts of data, far exceeding what any human individual can absorb, veterinarians could make more informed decisions and ultimately provide better care for their patients. The future of the veterinary field appears promising as AI technologies continue to advance. Language models can contribute to more accurate diagnoses and treatment plans, improved client communication, and enhanced efficiency within veterinary practices. Furthermore, AI may help minimize errors and bolster patient outcomes.

Additionally, language models may serve as valuable educational tools for veterinary students, enabling them to refine their diagnostic skills [21]. It is not surprising that these language models can successfully pass standardized medical tests which continue to be largely based on memorization and recall of published scientific data. Our study suggests that large language models such as GPT and Bard may potentially assist human learners in the veterinary medical education setting, as a prelude to future integration into medical decision-making where the ability to apply this knowledge in the clinical setting will be key.

Conversely, potential negative consequences warrant consideration. Large language models pose challenges in education, and how student's knowledge is to be assessed. More importantly, the incorporation of language models in the veterinary field might reduce the demand for veterinary professionals as some tasks become automated or outsourced. This could lead to job loss and diminished quality of care for animals. Moreover, ethical concerns surrounding machine-generated medical decisions, as well as potential errors or biases in the algorithms of these models, must be addressed. Ensuring that language models are responsibly and ethically integrated into veterinary medicine is crucial [22, 23].

Veterinary educators are moving towards implementing a competency-based veterinary education framework nationally [24]. Competency-based veterinary education is an approach modeled after competency-based medical education and is designed to prepare graduates for professional careers by confirming their ability to meet the needs of animals and the expectations of society. This approach focuses on outcomes-based and learner-centered education and assessment. A barrier to creating such new content is the human effort required to craft realistic clinical scenarios that explore complex medical concepts and emphasize critical thinking, rather than emphasizing the selection of the correct multiple-choice answer. As demand for this type of examination content continues to increase, generative language AI may offload this human effort by assisting in the question-explanation writing process or, in some cases, writing entire items autonomously [11].

In sum, on the positive side, the applications of AI in veterinary medicine will also create new jobs, for instance, AI software engineers, University faculty to develop new curriculum, State regulatory agencies to design and enforce new regulations, and develop and deploy new approaches to compliance, including automated testing methods. However, it is vital to address ethical concerns related to data privacy, bias, and job displacement. The veterinary community must collaborate with AI experts to employ this technology responsibly and effectively in the years to come [3].

## REFERENCES

[1] Baldi P. (2021). Deep Learning in Science. Cambridge: Cambridge University Press. doi:10.1017/9781108955652232

[2] Dicks MR. A short history of veterinary workforce analyses. J Am Vet Med Assoc. 2013;242(8):1051-60. doi: 10.2460/javma.242.8.1051\

[3] Appleby RB, Basran PS. Artificial Intelligence in veterinary medicine. J AmVet Med Assoc. 2022; 260(8):819-824. doi: 10.2460/javma.22.03.0093.

[4] Ott J, Bruyette DS, Arbuckle C, Balsz D, Hecth S, Shubitz L, Baldi P. Detecting Pulmonary Coccidioidomycosis with Deep Convolutional Neural Networks. Machine Learning with Applications. 2021; 5,100040. doi:10.48550/arXiv.212.00280.

[5] Khan B, Fatima H, Qureshi A, et al. Drawbacks of Artificial Intelligence and Their Potential Solutions in the Healthcare Sector. Biomed Mater Devices. 2023; 8:1-8. doi:10.1007/s44174-023-00063-

[6] Brown T, Mann B, Ryder N, et al. Language Models are Few-Shot Learners. 2020.arxiv.org/abs/2005.1416

[7] OpenAI GPT-4 Technical Report. 2023. https://cdn.openai.com/papers/gpt-4.pdf.

[8] Thoppilan R, De Freites D, Hall J, et al. LaMDA: Language Models for Dialog Applications. 2022. https://arxiv.org/abs/2201.08239

[9] Vaswani A, Shazeer N, Parmer N, et al. Attention Is All You Need. 2017. https://arxiv.org/abs/1706.03762249

[10] Google ai palm 2. Google AI Available at: https://ai.google/discover/palm2.

[11] Kung TH, Cheatham M, Medenilla A, et al. Performance of Chat-GPT on USMLE: Potential for AI-assisted medical education using large language models. 2023. PLOS Digital Health 2(2): e0000198. https://doi.org/10.1371/journal.pdig.0000198

[12] Angel MC, Rinehart JB, Canneson MP, Baldi P. Clinical knowledge and reasoning abilities of AI large language models in anesthesiology: A comparative study on the ABA exam. Published online 2023. doi:10.1101/2023.05.10.23289805

[13] Angel, M., Patel, A., Alachkar, A. & Baldi, P. Clinical knowledge and reasoning abilities of AI large language models in Pharmacy: A Comparative Study on the NAPLEX exam (2023). doi:10.1101/2023.06.07.544055

[14] NAVLE. ICVA Available at: https://www.icva.net/navle/.

[15] National Board of Veterinary Medical Examiners – self-assessment services:home https://csas.nbme.org/navlesa/Home.do.

[16] Open AI, ChatGPT Plus. 2023. https://openai.com/blog/chatgpt-plus

[17] Google Bard. 2023. https://bard.google.com/

[18] Wei J, Wang X, Schuurmans D, et al. Chain-of-Thought Prompting Elicits Reasoning in Large Language Models (2022), Arxiv. https://doi.org/10.48550/arXiv.2201.11903

[19] Kojima T, Gu SS, Reid M, Matsuo Y, Iwasawa Y. Large Language Models are Zero-Shot Reasoners (2022), Arxiv. https://doi.org/10.48550/arXiv.2205.11916

[20] Feinberg RA, Jurich D, Lord J, Case H, Hawley J. Examining the Validity of the North American Veterinary Licensing Examination (NAVLE) Time Constraints. J Vet Med Educ. 2018. 45(3):381-387. doi: 10.3138/jvme.0217-026r.

Authorized licensed use limited to: University of Calgary. Downloaded on March 11,2024 at 18:55:08 UTC from IEEE Xplore. Restrictions apply.

[21] Hazarika I. Artificial Intelligence: Opportunities and implications for the Health Workforce. International Health. 2020. 12:241–245.

[22] Dahlin E. Are Robots Stealing Our Jobs? Socius: Sociological Research for a Dynamic World. 2019. doi: d0o.i.1o1rg7/71/02.1317870/2337181029381416928469

[23] Ogeer J. AI in veterinary medicine: From finding disease to predicting it. Veterinary Practice News. 2020. Available at: https://www.veterinarypracticenews.com/ai-diagnostics-december-2020/.

[24] Competency-Based Veterinary Education (CBVE). Available at: https://www.aavmc.org/programs/

Authorized licensed use limited to: University of Calgary. Downloaded on March 11,2024 at 18:55:08 UTC from IEEE Xplore.  Restrictions apply.

# EXHIBIT F

**NAVLESA Support – Participant's Order**


International Council for
**Veterinary Assessment**

Home | Manage Order | Reconcile Order | ▼ Manage Voucher | Reports | Change Password | ▼ Help

| Login E-mail | Name | Phone |
|---|---|---|
| davebruyette@aol.com | Bruyette David | 3104821268 |

Click Order ID link to view Details about the assessment and its Payment and Refund history.
Click 'Edit' next to Order ID to change the Test Form or Timing Mode. You will not be able to 'Edit' an order if the assessment has been launched.
Click 'Cancel' next to Order ID to cancel the assessment. If more than one assessment has been purchased in the same order, only the selected assessment will be cancelled. In addition to assessments that have not been launched, you will be able to cancel, if necessary, assessments that have been launched, completed, or expired.

| Order ID | Order Date | Form Assessment | Timing Mode | Item Status | Cancel Type |
|---|---|---|---|---|---|
| Q753802 ( Cancel ) | 06/13/2023 02:55:29 PM | NAVLE Self-Assessment Form 2 | Standard-Paced | Completed | |

## Q753802 -- NAVLE Self-Assessment Form 2

Close

| Assessment Details | |
| --- | --- |
| Start Date | 06/14/2023 11:19:06 AM |
| Restart Date | 06/14/2023 11:19:06 AM |
| Cancel Date | |
| Complete Date | 06/14/2023 12:11:00 PM |
| Create Date | 06/13/2023 02:55:29 PM |
| Current Question | Self-Assessment Examination: 200 of 200 |
| Minutes Remaining | 0 |
| Expiration Date | 07/13/2023 02:55:33 PM |
| Modified Date | |

| Payment | | | |
| --- | --- | --- | --- |
| Payment Date | Payment Type | Amount | Voucher ID |
| 06/13/2023 | Credit Card | $65.00 | |

# EXHIBIT G





# EXHIBIT H

 www.starttest.com/ITDVersions/19.3.0.1/ITDStart.aspx?SVC=c94b8330-5445-4169-b751-d10eadf80d0a  

NAVLE Self-Assessment Form 2
Welcome



### NAVLE® Self-Assessment Examination

Copyright © 2020 by the International Council for Veterinary Assessment (ICVA), or by the ICVA and the National Board of Medical Examiners® (NBME®), as to all content and test materials. All rights reserved.  Copyright © 2020 by Internet Testing Systems (ITS) as to the computer presentation.  All rights reserved.

This examination contains test materials that are owned and copyrighted by the ICVA, or jointly by the NBME and ICVA. Any reproduction of these materials or any part of them, through any means, including but not limited to, copying or printing of electronic files, reconstruction through memorization and/or dictation, and/or dissemination of these materials or any part of them is strictly prohibited.

Prepared in cooperation with NBME.


Next




Help


Pause

Exhibit H
Page 1 of 1