# EXHIBIT I



Exhibit I
Page 1 of 2



Disaster and Humanitarian Relief

September, 2014 – Led a team to Port-Au-Prince to engage in several humanitarian project.

August, 2013 – Given a budget of $30,000 from Calvary Chapel's mission's fund to lead a team of 11 p ...see more

**Administrative Intern**
Calvary Chapel Yorba Linda
Sep 2012 – Dec 2012 · 4 mos

Worked directly with the head pastor and executive pastor on various projects.

### Skills

**Marketing Strategy**
Endorsed by Jim Alvord who is highly skilled at this
Endorsed by 2 colleagues at Anivive
26 endorsements

**Negotiation**
14 endorsements

Show all 19 skills →

### Honors & awards

**CFA Institute Scholarship**
Issued by Chartered Financial Institute · Aug 2013

Award based on academic excellence in finance – 2013 Chapman University.

**Featured in Entrepreneur Magazine**
Issued by Entrepreneur Magazine · May 2012

Article spotlighting International Pet Solutions achievements.
http://www.entrepreneur.com/article/220730

Show all 7 honors & awards →

### Languages

**Spanish**
Elementary proficiency

### Interests

Top Voices    Companies    Groups    Newsletters    Schools

**Mark Cuban** · 3rd
President
7,710,658 followers
+ Follow

**Kristin Peck** · 3rd
Chief Executive Officer at Zoetis Inc.
54,783 followers
+ Follow

Show all Top Voices →

### Causes

Economic Empowerment

About                    Accessibility           Talent Solutions         Questions?
                                                                          Visit our Help Center.
Community Guidelines     Careers                 Marketing Solutions
Privacy & Terms ▾        Ad Choices              Advertising              Manage your account and privacy
                                                                          Go to your Settings.
Sales Solutions          Mobile                  Small Business
                                                                          Recommendation transparency
Safety Center                                                             Learn more about Recommended Content.

Select Language
English (English)

LinkedIn Corporation © 2024

Messaging

Exhibit I
Page 2 of 2

# EXHIBIT J





Show all 44 skills →

## Recommendations

**Received**    Given

Nothing to see for now
Recommendations that Cody receives will appear here.

## Publications

Exploring the Relationship of Digital Information Sources and Medication Adherence
Computers in Biology and Medicine · Apr 30, 2019

Show publication ⬈

We present a retrospective analysis of data collected in the United States from the 2015 National Consumer Survey on the
Medication Experience and Pharmacists' Role in order to model the relationship between health information sc  ...see more

Trends in Opioid Use in Pediatric Patients in US Emergency Departments From 2006 to 2015
JAMA Network Open · Dec 21, 2018

Show publication ⬈

Question: How has opioid use in pediatric patients changed over the past 10 years, and what factors are associated with
differences in opioid use?...                                                               ...see more

Show all 6 publications →

## Courses

Biochemistry I- Biomolecules
BCHM-335

Associated with Chapman University

Biochemistry II-Biometabolism
BCHM-336

Associated with Chapman University

Show all 36 courses →

## Honors & awards

Chancellor's List
Issued by Chapman University · Dec 2012

Associated with Chapman University

## Languages

English
Native or bilingual proficiency

## Organizations

Pi Kappa Alpha Fraternity
External Vice President, New Member Advisor, Judiciary Board Member · Oct 2010 - Present

Associated with Chapman University

The External Vice President of the Pi Kappa Alpha Fraternity is an executive position, which is selected by election once
every semester. The member that is chosen for the position is tasked with planning all social events with other  ...see more

Inter-Fraternal Council
Elected Delegate · Feb 2011 - May 2014

Associated with Chapman University

The Inter-Fraternal council meets once a week to discuss any issues that have arisen between the campus fraternities, as
well as plan events that can better the Greek life community on campus. The Council plans events to improve r  ...see more

## Interests

**Companies**    Groups    Schools

Johnson & Johnson
8,888,012 followers

+ Follow

Google
32,498,581 followers

+ Follow

Show all companies →

About                          Accessibility              Talent Solutions          Questions?
                                                                                     Visit our Help Center.
Community Guidelines           Careers                    Marketing Solutions
                                                                                     Manage your account and privacy
Privacy & Terms ⌄              Ad Choices                 Advertising                Go to your Settings.

Sales Solutions                Mobile                     Small Business             Recommendation transparency
                                                                                     Learn more about Recommended Content.
Safety Center

LinkedIn Corporation © 2024                                                          Select Language
                                                                                     English (English)

Messaging    ···  ⬈  ⌃

# EXHIBIT K

# NFL Star Rob Gronkowski and Anivive Lifesciences Join Congressional Leaders on Capitol Hill to Combat the Rising Threat of Valley Fever

NEWS PROVIDED BY

**Anivive Lifesciences Inc.** ➔
19 Dec, 2023, 09:54 ET

- *Capitol Hill puts Valley fever in the spotlight just in time as Anivive's canine vaccine is under regulatory review.*

- *Congress introduced 4 bills that aim to fast-track the FDA review of Valley fever solutions and authorize $500 million to support fungal disease initiatives.*

- *Anivive's canine vaccine could lead to breakthroughs in fungal disease prevention beyond Valley fever.*

WASHINGTON, Dec. 19, 2023 /PRNewswire/ -- On Capitol Hill last Tuesday, NFL Icon and 4-time Super Bowl Champion Rob Gronkowski and Senators Mark Kelly, Kyrsten Sinema, Markwayne Mullin, and Representative David Schweikert led an event focused squarely on the rising challenge of Valley Fever. Intensified by climate change, this fungal infection is not only a burgeoning public health concern in the American Southwest but also a significant economic burden, costing the U.S. healthcare system an estimated $3.9 billion annually.



Senator Mark Kelly (D-AZ) and Rob Gronkowski at the Fight Valley Fever event on Capitol Hill



Senator Markwayne Mullin (R-OK) and Rob Gronkowski



Rep. David Schweikert (R-AZ) and Rob Gronkowski at the Fight Valley Fever event on Capitol Hill

Valley Fever, a serious fungal infection caused by the soil-dwelling Coccidioides, results in tens of thousands of human cases each year. Typically contracted through the inhalation of spores from disturbed soil, the disease primarily affects the lungs and can spread to other parts of the body. In extreme cases, it can become life-threatening. The infection poses a particular risk to first responders and military personnel, who are often exposed to environments conducive to

the fungus. The threat is also significant for over 30 million dogs in endemic areas like California and Arizona. Faced with this expanding health challenge, veterinarians and zoos have urgently called for Anivive Lifesciences' preventive vaccine, which is presently under USDA review.

Anivive's vaccine represents a significant innovation in animal health, with promising implications for human medicine. It is a crucial step in combating Valley Fever and serves as a foundation for future measures against other deadly fungi.

Dylan Balsz, CEO of Anivive, spoke about the vaccine's broader impact. "Our vaccine for dogs against Valley Fever is more than a singular breakthrough; it's setting the stage for future vaccines against a range of deadly fungi. This is a step towards a broader revolution in both animal and potentially human healthcare," he said.

Rob Gronkowski, advocating for pet and public health, expressed his support for the awareness campaign. " Raising awareness for Valley Fever is crucial, and I'm dedicated to supporting efforts that lead to a healthier future for all," Gronkowski stated.

To learn more and join Gronk in the fight against Valley fever,
visit https://www.anivive.com/insider/gronk

In a legislative response to this public health crisis, Congress has introduced bipartisan and bicameral bills to classify Valley Fever as a Tropical Disease eligible for a priority review voucher and to increase funding for the research and development of treatments and preventatives.

"I'm pleased to reintroduce the FORWARD Act this Congress as our Valley Fever Task Force makes significant progress in improving care, treatment, and research into this terrible disease that has devastated so many lives in our communities," said Congressman Schweikert. "As we've seen Valley Fever cases rise across the western United States over the last decade, it's critical that we continue to prioritize the delivery of medical breakthroughs that will help treat our family members and their beloved pets. This bipartisan legislation helps to combat Valley Fever by providing resources to further close the scientific gap in understanding this disease, support research, and accelerate vaccine development that will hopefully eradicate it once and for all."

"Arizonans know the dire impacts of Valley fever all too well, and without action, this disease will pose deadly health risks to a growing number of Americans with few tools to treat it," said Senator Mark Kelly. "We're working to invest in the treatments and public health strategies needed to protect the health of Arizona families."

"Funding research and vaccine development to combat Valley fever protects Arizona families and pets in the short-term while strengthening our public health response against future infectious diseases in the long-term," said Senator Sinema. "I'm proud to be working with researchers, entrepreneurs, and Valley fever experts at the University of Arizona on future health care solutions."

"Humans and animals in the American Southwest are contracting Valley Fever through fungus that grows in the dirt and soil, costing the U.S. healthcare system $3.9 billion each year," said Senator Mullin. "There are few drugs currently available to treat this disease, but PRV programs can help incentivize the development of treatment that will improve health care outcomes, lower costs, and ultimately save lives."

You can find out more information on each bill below:

**H.R. 6227** - **https://www.congress.gov/bill/118th-congress/house-bill/6227?s=6&r=5**

**H.R. 6731** - **https://www.congress.gov/bill/118th-congress/house-bill/6731?s=6&r=1**

**S. 3220** - **https://www.congress.gov/bill/118th-congress/senate-bill/3220?q=%7B%22search%22%3A%223220%22%7D&s=1&r=2**

**S. 3464** - **https://www.congress.gov/bill/118th-congress/senate-bill/3464?s=4&r=3**

**About Anivive Lifesciences**

Anivive is a pet pharmaceutical company at the intersection of biotech, AI, software, and veterinary medicine. Our proprietary software platform accelerates the development of new, affordable treatments for life-threatening diseases in pets. Anivive's pipeline includes 8+ first-in-

class therapeutics for three critical areas: Oncology, Anti-viral, and anti-fungal vaccines. For more information, please visit **www.anivive.com** and follow us on social media.

SOURCE Anivive Lifesciences Inc.

# EXHIBIT L



Exhibit L
Page 1 of 1

# EXHIBIT M

# Terms of use

---

**Updated**
November 14, 2023

**Effective:** January 31, 2024 (previous version)

Thank you for using OpenAI!

These Terms of Use apply to your use of ChatGPT, DALL·E, and OpenAI's other services for individuals, along with any associated software applications and websites (all together, "Services"). These Terms form an agreement between you and OpenAI, L.L.C., a Delaware company, and they include our Service Terms and important provisions for resolving disputes through arbitration. By using our Services, you agree to these Terms.

If you reside in the European Economic Area, Switzerland, or the UK, your use of the Services is governed by these terms.

Our Business Terms govern use of ChatGPT Enterprise, our APIs, and our other services for businesses and developers.

Our Privacy Policy explains how we collect and use personal information. Although it does not form part of these Terms, it is an important document that you should read.

# Who we are

OpenAI is an AI research and deployment company. Our mission is to ensure that artificial general intelligence benefits all of humanity. For more information about OpenAI, please visit https://openai.com/about.

## Registration and Access

**Minimum Age.** You must be at least 13 years old or the minimum age required in your country to consent to use the Services. If you are under 18 you must have your parent or legal guardian's permission to use the Services.

**Registration**. You must provide accurate and complete information to register for an account to use our Services. You may not share your account credentials or make your account available to anyone else and are responsible for all activities that occur under your account. If you create an account or use the Services on behalf of another person or entity, you must have the authority to accept these Terms on their behalf.

## Using Our Services

**What You Can Do.** Subject to your compliance with these Terms, you may access and use our Services. In using our Services, you must comply with all applicable laws as well as our Sharing & Publication Policy, Usage Policies, and any other documentation, guidelines, or policies we make available to you.

**What You Cannot Do.** You may not use our Services for any illegal, harmful, or abusive activity. For example, you may not:

- Use our Services in a way that infringes, misappropriates or violates anyone's rights.

- Modify, copy, lease, sell or distribute any of our Services.

- Attempt to or assist anyone to reverse engineer, decompile or discover the source code or underlying components of our Services, including our models, algorithms, or systems (except to the extent this restriction is prohibited by applicable law).

- Automatically or programmatically extract data or Output (defined below).

- Represent that Output was human-generated when it was not.

- Interfere with or disrupt our Services, including circumvent any rate limits or restrictions or bypass any protective measures or safety mitigations we put on our Services.

- Use Output to develop models that compete with OpenAI.

**Software.** Our Services may allow you to download software, such as mobile applications, which may update automatically to ensure you're using the latest version. Our software may include open source software that is governed by its own licenses that we've made available to you.

**Corporate Domains.** If you create an account using an email address owned by an organization (for example, your employer), that account may be added to the organization's business account with us, in which case we will provide notice to you so that you can help facilitate the transfer of your account (unless your organization has already provided notice to you that it may monitor and control your account). Once your account is transferred, the organization's administrator will be able to control

your account, including being able to access Content (defined below) and restrict or remove your access to the account.

**Third Party Services.** Our services may include third party software, products, or services, ("Third Party Services") and some parts of our Services, like our browse feature, may include output from those services ("Third Party Output"). Third Party Services and Third Party Output are subject to their own terms, and we are not responsible for them.

**Feedback.** We appreciate your feedback, and you agree that we may use it without restriction or compensation to you.

# Content

**Your Content.** You may provide input to the Services ("Input"), and receive output from the Services based on the Input ("Output"). Input and Output are collectively "Content." You are responsible for Content, including ensuring that it does not violate any applicable law or these Terms. You represent and warrant that you have all rights, licenses, and permissions needed to provide Input to our Services.

**Ownership of Content.** As between you and OpenAI, and to the extent permitted by applicable law, you (a) retain your ownership rights in Input and (b) own the Output. We hereby assign to you all our right, title, and interest, if any, in and to Output.

**Similarity of Content.** Due to the nature of our Services and artificial intelligence generally, output may not be unique and other users may receive similar output from our Services. Our assignment above does not extend to other users' output or any Third Party Output.

**Our Use of Content.** We may use Content to provide, maintain, develop, and improve our Services, comply with applicable law, enforce our terms and policies, and keep our Services safe.

**Opt Out.** If you do not want us to use your Content to train our models, you can opt out by following the instructions in this Help Center article. Please note that in some cases this may limit the ability of our Services to better address your specific use case.

**Accuracy.** Artificial intelligence and machine learning are rapidly evolving fields of study. We are constantly working to improve our Services to make them more accurate, reliable, safe, and beneficial. Given the probabilistic nature of machine learning, use of our Services may, in some situations, result in Output that does not accurately reflect real people, places, or facts.

When you use our Services you understand and agree:

- Output may not always be accurate. You should not rely on Output from our Services as a sole source of truth or factual information, or as a substitute for professional advice.

- You must evaluate Output for accuracy and appropriateness for your use case, including using human review as appropriate, before using or sharing Output from the Services.

- You must not use any Output relating to a person for any purpose that could have a legal or material impact on that person, such as making credit, educational, employment, housing, insurance, legal, medical, or other important decisions about them.

- Our Services may provide incomplete, incorrect, or offensive Output that does not represent OpenAI's views. If Output references any third party products or services, it doesn't mean the third party endorses or is affiliated with OpenAI.

## Our IP Rights

We and our affiliates own all rights, title, and interest in and to the Services. You may only use our name and logo in accordance with our Brand Guidelines.

## Paid Accounts

**Billing.** If you purchase any Services, you will provide complete and accurate billing information, including a valid payment method. For paid subscriptions, we will automatically charge your payment method on each agreed-upon periodic renewal until you cancel. You're responsible for all applicable taxes, and we'll charge tax when required. If your payment cannot be completed, we may downgrade your account or suspend your access to our Services until payment is received.

**Service Credits.** You can pay for some Services in advance by purchasing service credits. All service credits are subject to our Service Credit Terms.

**Cancellation.** You can cancel your paid subscription at any time. Payments are non-refundable, except where required by law. These Terms do not override any mandatory local laws regarding your cancellation rights.

**Changes.** We may change our prices from time to time. If we increase our subscription prices, we will give you at least 30 days' notice and any price increase will take effect on your next renewal so that you can cancel if you do not agree to the price increase.

## Termination and Suspension

**Termination.** You are free to stop using our Services at any time. We reserve the right to suspend or terminate your access to our Services or delete your account if we determine:

- You breached these Terms or our Usage Policies.

- We must do so to comply with the law.

- Your use of our Services could cause risk or harm to OpenAI, our users, or anyone else.

We also may terminate your account if it has been inactive for over a year and you do not have a paid account. If we do, we will provide you with advance notice.

**Appeals.** If you believe we have suspended or terminated your account in error, you can file an appeal with us by contacting our Support team.

# Discontinuation of Services

We may decide to discontinue our Services, but if we do, we will give you advance notice and a refund for any prepaid, unused Services.

# Disclaimer of Warranties

OUR SERVICES ARE PROVIDED "AS IS." EXCEPT TO THE EXTENT PROHIBITED BY LAW, WE AND OUR AFFILIATES AND LICENSORS MAKE NO WARRANTIES (EXPRESS, IMPLIED, STATUTORY OR OTHERWISE) WITH RESPECT TO THE SERVICES, AND DISCLAIM ALL WARRANTIES INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, SATISFACTORY QUALITY, NON-INFRINGEMENT, AND QUIET ENJOYMENT, AND ANY WARRANTIES ARISING OUT OF ANY COURSE OF DEALING OR TRADE USAGE. WE DO NOT WARRANT THAT THE SERVICES WILL BE UNINTERRUPTED, ACCURATE OR ERROR FREE, OR THAT ANY CONTENT WILL BE SECURE OR NOT LOST OR ALTERED.

YOU ACCEPT AND AGREE THAT ANY USE OF OUTPUTS FROM OUR SERVICE IS AT YOUR SOLE RISK AND YOU WILL NOT RELY ON OUTPUT AS A SOLE SOURCE OF TRUTH OR FACTUAL INFORMATION, OR AS A SUBSTITUTE FOR PROFESSIONAL ADVICE.

# Limitation of Liability

NEITHER WE NOR ANY OF OUR AFFILIATES OR LICENSORS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, OR EXEMPLARY DAMAGES, INCLUDING DAMAGES FOR LOSS OF PROFITS, GOODWILL, USE, OR DATA OR OTHER LOSSES, EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. OUR AGGREGATE LIABILITY UNDER THESE TERMS WILL NOT EXCEED THE GREATER OF THE AMOUNT YOU PAID FOR THE SERVICE THAT GAVE RISE TO THE CLAIM DURING THE 12 MONTHS BEFORE THE LIABILITY AROSE OR ONE HUNDRED DOLLARS ($100). THE LIMITATIONS IN THIS SECTION APPLY ONLY TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW.

Some countries and states do not allow the disclaimer of certain warranties or the limitation of certain damages, so some or all of the terms above may not apply to you, and you may have

additional rights. In that case, these Terms only limit our responsibilities to the maximum extent permissible in your country of residence.

OPENAI'S AFFILIATES, SUPPLIERS, LICENSORS, AND DISTRIBUTORS ARE INTENDED THIRD PARTY BENEFICIARIES OF THIS SECTION.

## Indemnity

If you are a business or organization, to the extent permitted by law, you will indemnify and hold harmless us, our affiliates, and our personnel, from and against any costs, losses, liabilities, and expenses (including attorneys' fees) from third party claims arising out of or relating to your use of the Services and Content or any violation of these Terms.

## Dispute Resolution

**YOU AND OPENAI AGREE TO THE FOLLOWING MANDATORY ARBITRATION AND CLASS ACTION WAIVER PROVISIONS:**

**MANDATORY ARBITRATION.** You and OpenAI agree to resolve any claims arising out of or relating to these Terms or our Services, regardless of when the claim arose, even if it was before these Terms existed (a "Dispute"), through final and binding arbitration. You may opt out of arbitration within 30 days of account creation or of any updates to these arbitration terms within 30 days after the update has taken effect by filling out this form. If you opt out of an update, the last set of agreed upon arbitration terms will apply.

**Informal Dispute Resolution.** We would like to understand and try to address your concerns prior to formal legal action. Before either of us files a claim against the other, we both agree to try to resolve the Dispute informally. You agree to do so by sending us notice through this form. We will do so by sending you notice to the email address associated with your account. If we are unable to resolve a Dispute within 60 days, either of us has the right to initiate arbitration. We also both agree to attend an individual settlement conference if either party requests one during this time. Any statute of limitations will be tolled during this informal resolution process.

**Arbitration Forum.** If we are unable to resolve the Dispute, either of us may commence arbitration with National Arbitration and Mediation ("NAM") under its Comprehensive Dispute Resolution Rules and Procedures and/or Supplemental Rules for Mass Arbitration Filings, as applicable (available here). OpenAI will not seek attorneys' fees and costs in arbitration unless the arbitrator determines that your claim is frivolous. The activities described in these Terms involve interstate commerce and the Federal Arbitration Act will govern the interpretation and enforcement of these arbitration terms and any arbitration.

**Arbitration Procedures.** The arbitration will be conducted by videoconference if possible, but if the arbitrator determines a hearing should be conducted in person, the location will be mutually agreed

upon, in the county where you reside, or as determined by the arbitrator, unless the batch arbitration process applies. The arbitration will be conducted by a sole arbitrator. The arbitrator will be either a retired judge or an attorney licensed to practice law in the state of California. The arbitrator will have exclusive authority to resolve any Dispute, except the state or federal courts of San Francisco, California have the authority to determine any Dispute about enforceability, validity of the class action waiver, or requests for public injunctive relief, as set out below. Any settlement offer amounts will not be disclosed to the arbitrator by either party until after the arbitrator determines the final award, if any. The arbitrator has the authority to grant motions dispositive of all or part of any Dispute.

**Exceptions.** This section does not require informal dispute resolution or arbitration of the following claims: (i) individual claims brought in small claims court; and (ii) injunctive or other equitable relief to stop unauthorized use or abuse of the Services or intellectual property infringement or misappropriation.

**CLASS AND JURY TRIAL WAIVERS.** You and OpenAI agree that Disputes must be brought on an individual basis only, and may not be brought as a plaintiff or class member in any purported class, consolidated, or representative proceeding. Class arbitrations, class actions, and representative actions are prohibited. Only individual relief is available. The parties agree to sever and litigate in court any request for public injunctive relief after completing arbitration for the underlying claim and all other claims. This does not prevent either party from participating in a class-wide settlement. You and OpenAI knowingly and irrevocably waive any right to trial by jury in any action, proceeding, or counterclaim.

**Batch Arbitration.** If 25 or more claimants represented by the same or similar counsel file demands for arbitration raising substantially similar Disputes within 90 days of each other, then you and OpenAI agree that NAM will administer them in batches of up to 50 claimants each ("Batch"), unless there are less than 50 claimants in total or after batching, which will comprise a single Batch. NAM will administer each Batch as a single consolidated arbitration with one arbitrator, one set of arbitration fees, and one hearing held by videoconference or in a location decided by the arbitrator for each Batch. If any part of this section is found to be invalid or unenforceable as to a particular claimant or Batch, it will be severed and arbitrated in individual proceedings.

**Severability.** If any part of these arbitration terms is found to be illegal or unenforceable, the remainder will remain in effect, except that if a finding of partial illegality or unenforceability would allow class arbitration, class action, or representative action, this entire dispute resolution section will be unenforceable in its entirety.

# Copyright Complaints

If you believe that your intellectual property rights have been infringed, please send notice to the address below or fill out this form. We may delete or disable content that we believe violates these Terms or is alleged to be infringing and will terminate accounts of repeat infringers where appropriate.

OpenAI, L.L.C.
3180 18th St.
San Francisco, California 94110
Attn: General Counsel / Copyright Agent

Written claims concerning copyright infringement must include the following information:

- A physical or electronic signature of the person authorized to act on behalf of the owner of the copyright interest

- A description of the copyrighted work that you claim has been infringed upon

- A description of where the allegedly infringing material is located on our site so we can find it

- Your address, telephone number, and e-mail address

- A statement by you that you have a good-faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law

 OpenAI                                                                Menu

## General Terms

**Assignment.** You may not assign or transfer any rights or obligations under these Terms and any attempt to do so will be void. We may assign our rights or obligations under these Terms to any affiliate, subsidiary, or successor in interest of any business associated with our Services.

**Changes to These Terms or Our Services.** We are continuously working to develop and improve our Services. We may update these Terms or our Services accordingly from time to time. For example, we may make changes to these Terms or the Services due to:

- Changes to the law or regulatory requirements.

- Security or safety reasons.

- Circumstances beyond our reasonable control.

- Changes we make in the usual course of developing our Services.

- To adapt to new technologies.

We will give you at least 30 days advance notice of changes to these Terms that materially adversely impact you either via email or an in-product notification. All other changes will be effective as soon as we post them to our website. If you do not agree to the changes, you must stop using our Services.

**Delay in Enforcing These Terms.** Our failure to enforce a provision is not a waiver of our right to do so later. Except as provided in the dispute resolution section above, if any portion of these Terms is

determined to be invalid or unenforceable, that portion will be enforced to the maximum extent permissible and it will not affect the enforceability of any other terms.

**Trade Controls.** You must comply with all applicable trade laws, including sanctions and export control laws. Our Services may not be used in or for the benefit of, or exported or re-exported to (a) any U.S. embargoed country or territory or (b) any individual or entity with whom dealings are prohibited or restricted under applicable trade laws. Our Services may not be used for any end use prohibited by applicable trade laws, and your Input may not include material or information that requires a government license for release or export.

**Entire Agreement.** These Terms contain the entire agreement between you and OpenAI regarding the Services and, other than any Service-specific terms, supersedes any prior or contemporaneous agreements between you and OpenAI.

**Governing Law.** California law will govern these Terms except for its conflicts of laws principles. Except as provided in the dispute resolution section above, all claims arising out of or relating to these Terms will be brought exclusively in the federal or state courts of San Francisco, California.

**Research**
Overview
Index
GPT-4
DALL·E 3
Sora

**API**
Overview
Pricing
Docs

**ChatGPT**
Overview
Team
Enterprise
Pricing
Try ChatGPT

**Company**
About
Blog
Careers
Charter
Security
Customer stories
Safety

OpenAI © 2015–2024

Terms & policies

Privacy policy

Brand guidelines

Social

Twitter

YouTube

GitHub

SoundCloud

LinkedIn

Back to top